R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI  96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail:  geshlaw@lava.net

Attorney for Defendant
 Thom Shiraishi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff,   ) | CERTIFICATE OF SERVICE |
| ) | REGARDING DEFENDANT THOM |
| vs.   ) | SHIRAISHI'S FIRST REQUEST |
| ) | FOR ADMISSIONS, FIRST |
| THOM SHIRAISHI; BARBARA   ) | REQUEST FOR ANSWERS TO |
| SHIRAISHI; DEPT. OF BUDGET   ) | INTERROGATORIES, AND |
| AND FISCAL SERVICES, REAL   ) | SECOND REQUEST FOR |
| PROPERTY TAX DIVISION, CITY  ) | PRODUCTION OF DOCUMENTS, |
| AND COUNTY OF HONOLULU,   ) | DIRECTED TO PLAINTIFF |
| ) | UNITED STATES OF AMERICA |
| Defendants.   ) | |
| ) | |
| _____ ) | TW:  April 4, 2006 |

shiraishi\cs discovery req 010306

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the DEFENDANT THOM SHIRAISHI'S FIRST REQUEST FOR ADMISSIONS, FIRST REQUEST FOR

ANSWERS TO INTERROGATORIES, AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS, DIRECTED TO PLAINTIFF UNITED STATES OF AMERICA was duly served on the following person(s) via email this 3rd day of January, 2006:

>EDWARD H. KUBO, JR., ESQ.
>United States Attorney
>District of Hawaii
>
>HARRY YEE, ESQ.
>Assistant U. S. Attorney
>Room 6-100, PJKK Federal Building
>300 Ala Moana Boulevard
>Honolulu, HI  96850-6100
>Email:  harry.yee@usdoj.gov
>
>
>       /s/    R. Steven Geshell
>R. STEVEN GESHELL
>Attorney for Defendant
> Thom Shiraishi