EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | (Plaintiff United States of |
| | ) | America's Response to |
| THOM SHIRAISHI; BARBARA | ) | Defendant Thom Shiraishi's |
| SHIRAISHI; DEPT. OF BUDGET AND | ) | First Request for Admissions, |
| FISCAL SERVICES, REAL PROPERTY | ) | First Request for Answers to |
| TAX DIVISION, CITY AND COUNTY | ) | Interrogatories, and Second |
| OF HONOLULU, | ) | Request for Production of |
| | ) | Documents) |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that two (2) true and correct copies of Plaintiff United States of America's Response to Defendant Thom Shiraishi's First Request for Admissions, First Request for Answers to Interrogatories, and Second Request for Production of Documents were served on the date and by the method noted below on the following at his last known addresses:

Served by First Class Mail:

R. STEVEN GESHELL                         January 30, 2006
6600 Kalanianaole Highway
Suite 116
Honolulu, HI 96825

Attorney for Defendant
THOM SHIRAISHI

I FURTHER HEREBY CERTIFY that on the date and by the method of service noted below, a true and correct copy of this Certificate of Service was served on the following at his last known address:

Served Electronically through CM/ECF:

R. STEVEN GESHELL    geshlaw@lava.net    January 30, 2006

DATED: Honolulu, Hawaii, January 30, 2006.

/s/ Teri L. Zamora
_____