EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK-KSC |
| | ) | |
| Plaintiff, | ) | PLAINTIFF UNITED STATES OF |
| | ) | AMERICA'S PRETRIAL STATEMENT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| THOM SHIRAISHI; BARBARA | ) | |
| SHIRAISHI; DEPT. OF BUDGET AND | ) | Date: February 21, 2006 |
| FISCAL SERVICES, REAL PROPERTY | ) | Time: 9:00 a.m. |
| TAX DIVISION, CITY AND COUNTY | ) | Judge: Kevin S.C. Chang |
| OF HONOLULU, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PLAINTIFF UNITED STATES OF AMERICA'S
PRETRIAL STATEMENT

Comes now Plaintiff United States of America, by and

through its undersigned counsel, and hereby makes its Pretrial

Statement pursuant to Rule 16.6, Rules of the United States

District Court for the District of Hawaii.

(a)  <u>PARTY</u>.

This pretrial statement is submitted on behalf of Plaintiff United States of America.

(b)  <u>JURISDICTION AND VENUE</u>.

This Court has jurisdiction over this action under Title 28, United States Code, Section 1345.

(c)  <u>SUBSTANCE OF ACTION</u>.

This is a mortgage foreclosure action on Notes and Mortgages entered into by and between Plaintiff United States of America and Defendants Thom Shiraishi and Barbara Shiraishi and to obtain judgment against Defendants Thom Shiraishi and Barbara Shiraishi for defaulting on said Notes.  Default was entered against Defendant Barbara Shiraishi on February 7, 2005.

(d)  <u>UNDISPUTED FACTS</u>.

Defendant Thom Shiraishi made his last payments on Promissory Notes, Reamortized Promissory Notes, Rescheduled Promissory Notes, and Mortgages on or about May 16, 2001.

(e)  <u>DISPUTED FACTS</u>.

There are multiple defenses raised by Defendant Thom Shiraishi in his amended answer filed 10/19/05, however, the defenses are not relevant disputed facts in this foreclosure action.

(f)  <u>RELIEF PRAYED</u>.

An Interlocutory Decree of Foreclosure be entered against Defendants Thom Shiraishi and Barbara Shiraishi, allowing Plaintiff USA to foreclose on its mortgage lien and that a commissioner be appointed to sell the property.

(g)  <u>POINTS OF LAW</u>.

In the present case, Plaintiff USA will establish at trial: 1) the existence of the promissory notes and mortgages; 2) the terms of the promissory notes and mortgages; 3) default by the debtor; and 4) acceleration of the debt in accordance with the terms and conditions of the promissory note and mortgage. <u>See</u> <u>Bank of Honolulu v. Anderson</u>, 3 Haw. App. 545, 654 P.2d 1370 (1982).

(h)  <u>PREVIOUS MOTIONS</u>.

Plaintiff United States of America's Motion for Summary Judgment was denied.  Defendant Shiraishi's Motion to Amend his Answer was granted.

(i)  <u>WITNESSES TO BE CALLED</u>.

Steven R. Bazzell                    Pixie Greer
Chief, Farm Loan Programs            Farm Loan Manager
USDA, Farm Service Agency            USDA, Farm Service Agency

(j)  <u>EXHIBITS, SCHEDULES AND SUMMARIES</u>.

All potential exhibits, schedules, and summaries have been provided to Defendant Thom Shiraishi either through voluntary disclosure, discovery, or previous correspondence.

(k)  <u>FURTHER DISCOVERY OR MOTIONS</u>.

None.

(l)  <u>STIPULATION</u>.

No stipulations are now planned.

(m)  <u>AMENDMENTS, DISMISSALS</u>.

No amendments are now planned.  Defendant Dept. Of Budget and Fiscal Services, Real Property Tax Division, City and County of Honolulu has been dismissed.

(n)  <u>SETTLEMENT DISCUSSIONS</u>.

No settlement appears likely.

(o)  <u>AGREEMENT STATEMENT</u>.

No agreement statement is likely.

(p)  <u>BIFURCATION, SEPARATE TRIAL OF ISSUES</u>.

Not necessary in this case.

(q)  <u>REFERENCE TO A MASTER OR MAGISTRATE JUDGE</u>.

Such reference is not feasible or agreeable.

(r)  <u>APPOINTMENT OR LIMITATION OF EXPERTS</u>.

Such appointment or limitation does not appear feasible or desirable.

(s)  <u>TRIAL</u>.

Non-jury trial is set for April 4, 2006, before the Honorable Samuel P. King.

(t)  <u>ESTIMATE OF TRIAL TIME</u>.

 2 trial days.

(u)  <u>CLAIMS OF PRIVILEGE OR WORK PRODUCT</u>.

No specific claims are made at this time.

(v)  <u>MISCELLANEOUS</u>.

No other matters must be discussed at this time.

DATED: Honolulu, Hawaii, February 14, 2006.

<div style="margin-left: 40%;">

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


    /s/ Harry Yee
By _____
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

</div>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served electronically through CM/ECF:

R. STEVEN GESHELL    [geshlaw@lava.net](mailto:geshlaw@lava.net)    February 14, 2006

DATED: Honolulu, Hawaii, February 14, 2006.

/s/ Teri Zamora
_____