# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV04-00678SPK-KSC
CASE NAME: United States of America v. Thom Shiraishi, et al.
ATTYS FOR PLA: Harry Yee
ATTYS FOR DEFT: R. Steven Geshell
INTERPRETER:

JUDGE: Kevin S. C. Chang          REPORTER: C5 - no record
DATE: 2/21/2006                    TIME: 9:00-9:05am

COURT ACTION: EP: Final Pretrial Conference.

Length of trial -
    Plaintiff:   ½ day
    Defendant    ½ day

Lay witnesses:
    Plaintiff:   2
    Defendant    1

No expert witnesses

Plaintiff intends to file five limine motions

All deadlines set out in the 4/15/05 Rule 16 Scheduling Conference order remain in full force and effect

Submitted by: Shari Afuso, Courtroom Manager