EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK-KSC |
|---|---|---|
| Plaintiff, | ) ) | PLAINTIFF UNITED STATES OF AMERICA'S WITNESS LIST; |
| vs. | ) ) | CERTIFICATE OF SERVICE |
| THOM SHIRAISHI; BARBARA SHIRAISHI; DEPT. OF BUDGET AND FISCAL SERVICES, REAL PROPERTY TAX DIVISION, CITY AND COUNTY OF HONOLULU, | ) ) ) ) ) ) | Trial: April 4, 2006 Time: 9:00 a.m. Judge: Samuel P. King |
| Defendants. | ) ) | |

PLAINTIFF UNITED STATES OF AMERICA'S WITNESS LIST

Comes now Plaintiff United States of America, by and through its undersigned counsel, and hereby makes its final comprehensive witness list.

1. **Steven R. Bazzell**: As Farm Loan Chief, he will testify as to the summaries of amounts owed and payments on Defendant Shiraishi's loan numbers FO 41-12, FO 41-11, and OL 44-13, the documents related to these loans, and the non-payment

default of these loans by Defendant Shiraishi.  Estimated time: 1-2 hours.

      2.  **Pixie Greer**: As Farm Loan Specialist, she will testify as to the summaries of amounts owed and payments on Defendant Shiraishi's loan numbers FO 41-12, FO 41-11, and OL 44-13 and the documents related to these loans, the loan servicing provided to Defendant Shiraishi for these loans, USDA homestead relief offered to Defendant Shiraishi for the subject foreclosure property, and the non-payment default of these loans by Defendant Shiraishi.  Estimated time: 1-2 hours.

      Plaintiff also reserves the right to call rebuttal witnesses not previously named.  Also, Plaintiff reserves the right to call foundation witnesses if the foundation or validity of any exhibits are challenged.

      DATED: Honolulu, Hawaii, March 7, 2006.

      EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

      /s/ Harry Yee
By _____
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served electronically through CM/ECF:

R. STEVEN GESHELL    geshlaw@lava.net    March 7, 2006

DATED: Honolulu, Hawaii, March 7, 2006.

/s/ Teri Zamora
_____