R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Defendant
 Thom Shiraishi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | DEFENDANT THOM SHIRAISHI'S |
| ) | FINAL COMPREHENSIVE |
| vs. ) | WITNESS LIST |
| ) | |
| THOM SHIRAISHI; BARBARA ) | TW: April 4, 2006 |
| SHIRAISHI; DEPT. OF BUDGET ) | |
| AND FISCAL SERVICES, REAL ) | |
| PROPERTY TAX DIVISION, CITY ) | |
| AND COUNTY OF HONOLULU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

shiraishi\wit list 031106

**DEFENDANT THOM SHIRAISHI'S
FINAL COMPREHENSIVE WITNESS LIST**

Defendant Thom Shiraishi submits his Final Comprehensive Witness List, as follows:

Thom Shiraishi, Defendant, will testify as to the following subjects:

 (a) Provide foundation for all exhibits sponsored by him in support of his defenses;

 (b) Provide testimony about the fact that he did not receive the other $115,000 of the loan proceeds for the farm ownership loan agreed to be furnished to him in 1986;

 (c) The reasons why he did not realize the other $115,000 had not been disbursed on the farm ownership loan;

 (d) Testimony about the facts giving rise to the farm homestead protection application, acceptance, and inability to comply with the Plaintiff's request to deed the property to the Plaintiff under the Homestead Protection Act;

 (e) What Defendant is prepared to do at this time to complete compliance with the Homestead Protection Agreement and to comply with the federal statutes and regulations;

 (f) What Defendant seeks in this proceeding for a remedy in this equitable matter; and

 (g) Testimony rebutting the Plaintiff's evidence.

The estimated time for Mr. Shiraishi's testimony is three hours.

Defendant reserves the right to call Plaintiff's witnesses to support Defendant's Position in his Amended Answer.

DATED: Honolulu, Hawaii, this 13th day of March, 2006.

                                    /s/ R. Steven Geshell
                                    Attorney for Defendant
                                    Thom Shiraishi