R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI  96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail:  geshlaw@lava.net

Attorney for Defendant
 Thom Shiraishi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THOM SHIRAISHI; BARBARA ) <br> SHIRAISHI; DEPT. OF BUDGET ) <br> AND FISCAL SERVICES, REAL ) <br> PROPERTY TAX DIVISION, CITY ) <br> AND COUNTY OF HONOLULU, ) <br> ) <br> Defendants. ) <br> ) | CIVIL NO. 04-00678 SPK KSC <br><br> CERTIFICATE OF SERVICE REGARDING DEFENDANT THOM SHIRAISHI'S FINAL COMPREHENSIVE WITNESS LIST <br><br> TW:  April 4, 2006 |

shiraishi\cs wit list 031306

**CERTIFICATE OF SERVICE
REGARDING DEFENDANT THOM SHIRAISHI'S
FINAL COMPREHENSIVE WITNESS LIST**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the CERTIFICATE OF SERVICE REGARDING DEFENDANT THOM SHIRAISHI'S FINAL COMPREHENSIVE WITNESS LIST was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name | Email Address | Date |
|---|---|---|
| Harry Yee, Esq. | harry.yee@usdoj.gov | 03.13.06 |

Served by First Class Mail:  None

Served by Hand Delivery:  None

DATED:  This 13th day of March, 2006.

                /s/  R. Steven Geshell
                R. STEVEN GESHELL
                Attorney for Defendant
                  Thom Shiraishi