R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Defendant
 Thom Shiraishi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | REGARDING DEFENDANT THOM |
| vs. ) | SHIRAISHI'S TRIAL BRIEF |
| ) | |
| THOM SHIRAISHI; BARBARA ) | |
| SHIRAISHI; DEPT. OF BUDGET ) | TW: April 4, 2006 |
| AND FISCAL SERVICES, REAL ) | |
| PROPERTY TAX DIVISION, CITY ) | |
| AND COUNTY OF HONOLULU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

shiraishi\cs re trial brief 031506

**CERTIFICATE OF SERVICE REGARDING
DEFENDANT THOM SHIRAISHI'S TRIAL BRIEF**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of DEFENDANT THOM SHIRAISHI'S TRIAL BRIEF was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name | Email Address | Date |
|---|---|---|
| Harry Yee, Esq. | harry.yee@usdoj.gov | March 19, 2006 |

Served by First Class Mail:  None

Served by Hand Delivery:  None

DATED:  This 19th day of March, 2006.

      /s/  R. Steven Geshell
      R. STEVEN GESHELL
      Attorney for Defendant
       Thom Shiraishi