# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/4/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV NO. 04-00678SPK-KSC

CASE NAME: United States of America Vs. Thom Shiraishi, et al.

ATTYS FOR PLA: Harry Yee

ATTYS FOR DEFT: R. Steven Geshell

INTERPRETER:

JUDGE: Samuel P. King         REPORTER: Lisa Groulx

DATE: 4/4/06                  TIME: 10:30am-12:06pm
                                    1:50pm-3:50pm

COURT ACTION: EP: Non Jury Trial-(1st Day)-Government Representatives-Steven R. Bazzell-Farm Loan Chief and Pixie Greer-Farm Loan Specialist-Present and Defendant-Thom Shiraishi-Present.

Plaintiff Witnesses-Pixie Greer-CST and Steven Bazzell-CST.

Plaintiff Exhibits 101 through 111-Admitted.

Plaintiff Rested.

Defendant's Oral Motion for Judgment as a Matter of Law-Denied. (2:47p.m.-2:50p.m.)

Defendant Witnesses-Thom Shiraishi-CST.

Defendant Exhibits 201 through 230-Admitted.

Further Non Jury Trial continued to April 05, 2006 @ l0:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager