# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00678SPK-KSC |
| CASE NAME: | United States of America Vs Thom Shirsishi |
| ATTYS FOR PLA: | Harry Yee |
| ATTYS FOR DEFT: | R. Steven Geshell |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Samuel P. King | REPORTER: | ESR-LG |
| DATE: | 4/5/2006 | TIME: | 10:21am-ll:50am |

COURT ACTION:  EP: Further Non Jury Trial-(2nd Day)-Plaintiff Representative-Steven Bazzell and Defendant Thom Shiraishi are present.

Defendant Witnesses-Thom Shiraishi-resumed Witness Stand.

Defendant Rested.

Plaintiff's Exhibits-112, 113 and 114-Admitted.

Closing Arguments on behalf of the Plaintiff and the Defendant.

Counsel are to file by 4/26/2006 Amended proposed Findings of Fact and Conclusions of Law.

This matter will be submitted thereafter.

Original Trial Exhibits were returned to Plaintiff's Counsel-Harry Yee and Defendant's Counsel-R. Steven Geshell.

Submitted by Leslie L. Sai, Courtroom Manager