R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI  96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail:  geshlaw@lava.net

Attorney for Defendant
 Thom Shiraishi

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | REGARDING DEFENDANT THOM |
| vs. | ) | SHIRAISHI'S AMENDED |
| | ) | PROPOSED FINDINGS OF FACT |
| THOM SHIRAISHI; BARBARA | ) | AND CONCLUSIONS OF LAW and |
| SHIRAISHI; DEPT. OF BUDGET | ) | APPENDIX A |
| AND FISCAL SERVICES, REAL | ) | |
| PROPERTY TAX DIVISION, CITY | ) | |
| AND COUNTY OF HONOLULU, | ) | |
| | ) | TW:  April 4, 2006 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

shiraishi\cs amended prop fof col  042506

## CERTIFICATE OF SERVICE REGARDING DEFENDANT THOM SHIRAISHI'S AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW and APPENDIX A

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of DEFENDANT THOM SHIRAISHI'S AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW and APPENDIX A was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name | Email Address | Date |
|------|---------------|------|
| Harry Yee, Esq. | harry.yee@usdoj.gov | April 25, 2006 |

Served by First Class Mail:  None

Served by Hand Delivery:  None

DATED:  This 25th day of April, 2006.

  /s/  R. Steven Geshell
R. STEVEN GESHELL
Attorney for Defendant
 Thom Shiraishi