R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI  96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail:  geshlaw@lava.net

Attorney for Defendant
 Thom Shiraishi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | DEFENDANT THOM SHIRAISHI'S |
| ) | NOTICE OF APPEAL; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| THOM SHIRAISHI; BARBARA ) | TW:  April 4, 2006 |
| SHIRAISHI; DEPT. OF BUDGET ) | |
| AND FISCAL SERVICES, REAL ) | |
| PROPERTY TAX DIVISION, CITY ) | |
| AND COUNTY OF HONOLULU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

shiraishi\ntc appeal 072006

**DEFENDANT THOM SHIRAISHI'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that THOM SHIRAISHI, Defendant in the

above-named case, hereby appeals to the United States Court of Appeals for the

Ninth Circuit from the Judgment and Interlocutory Decree of Foreclosure entered in this action on the 7th day of July, 2006, Document No. 72 in the court file.

DATED: Honolulu, Hawaii, this 31st day of July, 2006.

       /s/ R. Steven Geshell
R. STEVEN GESHELL
Attorney for Defendant
 Thom Shiraishi