IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | REGARDING DEFENDANT THOM |
| vs. | ) | SHIRAISHI'S NOTICE OF APPEAL |
| | ) | |
| THOM SHIRAISHI; BARBARA | ) | |
| SHIRAISHI; DEPT. OF BUDGET | ) | TW: April 4, 2006 |
| AND FISCAL SERVICES, REAL | ) | |
| PROPERTY TAX DIVISION, CITY | ) | |
| AND COUNTY OF HONOLULU, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

shiraishi\cs ntc appeal 072106

**CERTIFICATE OF SERVICE REGARDING
DEFENDANT THOM SHIRAISHI'S
NOTICE OF APPEAL**

I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of DEFENDANT THOM SHIRAISHI'S NOTICE

OF APPEAL was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name | Email Address | Date |
|---|---|---|
| Harry Yee, Esq. | harry.yee@usdoj.gov | July 31, 2006 |

Served by First Class Mail:  None

Served by Hand Delivery:  None


DATED:  This 31st day of July, 2006.


       /s/  R. Steven Geshell
R. STEVEN GESHELL
Attorney for Defendant
 Thom Shiraishi