R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Defendant
 Thom Shiraishi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | DEFENDANT-APPELLANT THOM |
| ) | SHIRAISHI'S NON-HEARING |
| vs. ) | MOTION TO PROCEED IN |
| ) | FORMA PAUPERIS ON APPEAL; |
| THOM SHIRAISHI; BARBARA ) | AFFIDAVIT OF THOM SHIRAISHI |
| SHIRAISHI; DEPT. OF BUDGET ) | IN SUPPORT OF MOTION FOR |
| AND FISCAL SERVICES, REAL ) | PERMISSION TO APPEAL IN |
| PROPERTY TAX DIVISION, CITY ) | FORMA PAUPERIS; |
| AND COUNTY OF HONOLULU, ) | MEMORANDUM IN SUPPORT OF |
| ) | THOM SHIRAISHI'S MOTION |
| Defendants. ) | FOR PERMISSION TO APPEAL IN |
| ) | FORMA PAUPERIS; |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| _____ ) | TW: April 4, 2006 |

shiraishi\mtn ifp on appeal 072506

**DEFENDANT-APPELLANT THOM SHIRAISHI'S NON-HEARING
MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

COMES NOW Defendant-Appellant Thom Shiraishi and, pursuant to Local Rule 7.2(e), moves the Court for an order authorizing him to proceed *in forma pauperis* on his appeal to the Ninth Circuit, pursuant to 28 U.S.C. §1915, and for payment of the filing fee, reasonable photocopying costs for preparation of the Excerpts of Record and Briefs, and fees for transcripts for the appeal *in forma pauperis*, pursuant to 28 U.S.C. §753(f) and FRAP Rule 24(a)(3).

This motion is supported by the attached Affidavit of Defendant Thom Shiraishi in Support of Motion for Permission to Appeal in Forma Pauperis, and memorandum in support of motion.

DATED: Honolulu, Hawaii, this 31st day of July, 2006.

      /s/ R. Steven Geshell
R. STEVEN GESHELL
Attorney for Defendant-Appellant
 Thom Shiraishi