R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Defendant-Appellant
 Thom Shiraishi

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | AFFIDAVIT OF THOM SHIRAISHI |
| ) | IN SUPPORT OF MOTION FOR |
| vs. ) | PERMISSION TO APPEAL IN |
| ) | FORMA PAUPERIS |
| THOM SHIRAISHI; BARBARA ) | |
| SHIRAISHI; DEPT. OF BUDGET ) | TW:  April 4, 2006 |
| AND FISCAL SERVICES, REAL ) | |
| PROPERTY TAX DIVISION, CITY ) | |
| AND COUNTY OF HONOLULU, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**AFFIDAVIT OF THOM SHIRAISHI IN SUPPORT OF MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____ Date: _____ 28 JUL 06 _____

---------------------------------------------------------------------------------------

My issues on appeal are:

1.    Whether the District Court committed reversible error in permitting the foreclosure to proceed where the parties had entered into a Homestead Protection Agreement.

2.    Whether the District Court committed reversible error in allowing the foreclosure to proceed without permitting Defendant to file an administrative appeal.

3.    Whether the District Court committed reversible error in failing to find the facts as per Defendant's Proposed Findings of Fact in Document No. 65.

4.     Whether the District Court committed reversible error in failing to reach the legal conclusions submitted in Defendant's Conclusions of Law proposed in his Document No. 65.

-----------------------------------------------------------------------------------------------

1.     For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | Amount expected next month |
|---|---|---|
| Income source | Average monthly amount during the past 12 months | Amount expected next month |

| | You | SpouseN/A | You | SpouseN/A |
|---|---|---|---|---|
| Employment | $1,400 | $____ | $1,400 | $_____ |
| Self-employment | $ 0 | $_____ | $ 0 | $_____ |
| Income from real property (such as rental income) | $ 0 | $_____ | $ 0 | $_____ |
| Interest and dividends | $ 0 | $_____ | $ 0 | $_____ |
| Gifts | $ 0 | $_____ | $ 0 | $_____ |
| Alimony | $ 0 | $_____ | $ 0 | $_____ |
| Child support | $ 0 | $_____ | $ 0 | $_____ |
| Retirement (such as social security, pensions, annuities, | $ 850 | $_____ | $ 850 | $_____ |

3

insurance)

| | | | | |
|---|---|---|---|---|
| Disability (such as social security, insurance payments) | $___0___ | $_____ | $___0___ | $_____ |
| Unemployment payments | $___0___ | $_____ | $___0___ | $_____ |
| Public-assistance (such as welfare) | $___0___ | $_____ | $___0___ | $_____ |
| Other (specify): _____ | $___0___ | $_____ | $___0___ | $_____ |
| Total monthly income: | $2,250 | $_____ | $2,250 | $_____ |

2.    List your employment history, most recent employer first. (Gross

monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Saks 5th Ave. Outlet-Off 5th | 94-800 Lumiana Waipahu 96797 | Dec 2005 to date | $1,400 average |

3.    List your spouse's employment history, most recent employer first.

(Gross monthly pay is before taxes or other deductions.)  NO SPOUSE

4.    How much cash do you and your spouse have? $__50__

Below, state any money you or your spouse have in bank accounts or in any other

financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Amn. Sav. Bank | checking | $300.00 | $N/A |

4

If you are a prisoner, you must attach a statement certified by the

appropriate institutional officer showing all receipts, expenditures, and balances

during the last six months in your institutional accounts. If you have multiple

accounts, perhaps because you have been in multiple institutions, attach one

certified statement of each account.


5.    List the assets, and their values, which you own or your spouse owns.

Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 | (Value) |
|------|---------|-------------------|---------|------------------|---------|
| Farmstead | $264,000 | None | | 1979 Ford Pickup Reg. # F10GRFA2439 | $600 |

| Motor vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value): |
|------------------|---------|--------------|---------|--------------|----------|
| None | | Farm equipment $ | 1,000 | | |

6.    State every person, business, or organization owing you or your

spouse  money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---------------------------------------|--------------------|----------------------------|
| USA | $6,000 - $7,000 wrongfully offset from my SS benefits | N/A |

7.      State the persons who rely on you or your spouse for support.
 Name                    Relationship                Age
Thom Shiraishi


8.      Estimate the average monthly expenses of you and your family. Show

separately the amounts paid by your spouse. Adjust any payments that are made

weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse N/A |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $__0____ | $_____ |
| Are real-estate taxes included? [ ] Yes [ ] No | | |
| Is property insurance included? [ ] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $__175___ | $_____ |
| Home maintenance (repairs and upkeep) | $___0___ | $_____ |
| Food | $___400_ | $_____ |
| Clothing | $____0__ | $_____ |
| Laundry and dry-cleaning | $____0__ | $_____ |
| Medical and dental expenses | $____0__ | $_____ |
| Transportation (not including motor vehicle payments) | $___240 | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $____0__ | $_____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $____0__ | $_____ |
| Homeowner's or renter's | $____0__ | $_____ |
| Life | $____0__ | $_____ |
| Health | $____0__ | $_____ |
| Motor Vehicle | $____0__ | $_____ |
| Other: _____ | $____0__ | $_____ |
| Taxes (not deducted from wages or | $____0__ | $_____ |

6

included in Mortgage payments)
(specify): _____

| | | |
|---|---|---|
| Installment payments | $____0__ | $_____ |
| Motor Vehicle | $____0__ | $_____ |
| Credit card (name): _____ | $____0__ | $_____ |
| Department store (name): _____ | $____0__ | $_____ |
| Other: _____ | $____0__ | $_____ |
| Alimony, maintenance, and support paid to others | $____0__ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $____0__ | $_____ |
| Other (specify): _____ | $____0__ | $_____ |
| Total monthly expenses: | $___815_ | $_____ |

9.      Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [X] No If yes, describe on an attached sheet.

10.      Have you paid--or will you be paying--an attorney any money for services in connection with this case, including the completion of this form? YES

If yes, how much? $200/hr.

If yes, state the attorney's name, address, and telephone number:

R. Steven Geshell, 6600 Kalanianaole Hwy., Ste. 116, Honolulu, HI  96825

7

11.    Have you paid--or will you be paying--anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

12.    Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I do not make enough money but need to pursue this appeal.

13.    State the address of your legal residence.

86-479 Paheehee Road, Waianae, HI  96792

Your daytime phone number: 808.696.2074

Your age: ___70_____  Your years of schooling: ____15____

Your social-security number: 423 44 5940