IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THOM SHIRAISHI; BARBARA )<br>SHIRAISHI; DEPT. OF BUDGET )<br>AND FISCAL SERVICES, REAL )<br>PROPERTY TAX DIVISION, CITY )<br>AND COUNTY OF HONOLULU, )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 04-00678 SPK KSC<br><br>MEMORANDUM IN SUPPORT OF DEFENDANT-APPELLANT THOM SHIRAISHI'S NON-HEARING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>TW:  April 4, 2006 |

shiraishi\memo support IFP 073006

**MEMORANDUM IN SUPPORT OF DEFENDANT-APPELLANT THOM SHIRAISHI'S NON-HEARING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Defendant Thom Shiraishi urges the Court to grant this motion without necessity of hearing and any opposition pursuant to Local Rule 7.2(d) and (e) because, under the facts of this case, Defendant should be entitled to appeal *in forma pauperis* under 28 U.S.C. §1915 and Federal Rules of Appellate Procedure (FRAP) Rule 24(a)(3). Shiraishi's financial condition is very poor and at poverty level.  Therefore, FRAP Rule 24(a)(3) applies to authorize appealing in forma

pauperis, by filing the Notice of Appeal concurrently.  The transcripts for proceedings on the trial for two half-days of April 4 and 5, 2006 before this Court need to be ordered.  Under 28 U.S.C. §753(f), the fees for the transcripts shall be paid by the United States if the Court certifies that the appeal is not frivolous.  Defendant submits that the appeal raises substantial issues which need to be decided and that this appeal is not frivolous.  Accordingly, Defendant requests an order authorizing Defendant to continue proceeding *in forma pauperis* and to have the benefit of the above-cited statutes and FRAP Rule 24(a)(3) to authorize the United States to waive the filing fee, pay for the ordered transcripts and reasonable photocopying costs for preparation of the Excerpts of Record and Appellant's Brief.  See also *Henderson vs. United States*, 734 F.2d 483 (9th Cir., 1984), regarding entry of an order directing payment of a transcript at government expense under 28 U.S.C. §753(f), even where the order did not specifically state the appeal was not frivolous.

    Accordingly, Defendant requests the Court grant this motion and issue an appropriate order allowing him to proceed *in forma pauperis* and for payment of the trial transcripts for the trial on April 4 - 5, 2006, together with payment of the reasonable costs of photocopying the Excerpts of Record and Appellant's Briefs.

DATED: Honolulu, HI, this 31st day of July, 2006.

                                            /s/ R. Steven Geshell
                                    R. STEVEN GESHELL
                                    Attorney for Defendant
                                     Thom Shiraishi