IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>           Plaintiff,                        )<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>THOM SHIRAISHI; BARBARA   )<br>SHIRAISHI; DEPT. OF BUDGET  )<br>AND FISCAL SERVICES, REAL   )<br>PROPERTY TAX DIVISION, CITY )<br>AND COUNTY OF HONOLULU,   )<br>                                                        )<br>           Defendants.                   )<br>                                                        )<br>                                                        )<br>_____)<br>shiraishi\cs mtn etc ifp 073006 | CIVIL NO. 04-00678 SPK KSC<br><br>CERTIFICATE OF SERVICE<br>REGARDING DEFENDANT-<br>APPELLANT THOM SHIRAISHI'S<br>MOTION TO PROCEED IN<br>FORMA PAUPERIS ON APPEAL;<br>AFFIDAVIT OF THOM SHIRAISHI<br>IN SUPPORT OF MOTION FOR<br>PERMISSION TO APPEAL IN<br>FORMA PAUPERIS;<br>MEMORANDUM IN SUPPORT OF<br>THOM SHIRAISHI'S MOTION<br>FOR PERMISSION TO APPEAL IN<br>FORMA PAUPERIS<br><br>TW:  April 4, 2006 |

**CERTIFICATE OF SERVICE REGARDING
DEFENDANT-APPELLANT THOM SHIRAISHI'S
MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL;
AFFIDAVIT OF THOM SHIRAISHI IN SUPPORT OF MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS; MEMORANDUM IN
SUPPORT OF THOM SHIRAISHI'S MOTION FOR PERMISSION TO
APPEAL IN FORMA PAUPERIS**


I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of DEFENDANT-APPELLANT THOM

SHIRAISHI'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL;

AFFIDAVIT OF THOM SHIRAISHI IN SUPPORT OF MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS; MEMORANDUM IN SUPPORT OF THOM SHIRAISHI'S MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name | Email Address | Date |
|---|---|---|
| Harry Yee, Esq. | harry.yee@usdoj.gov | July 31, 2006 |

Served by First Class Mail:  None

Served by Hand Delivery:  None

DATED:  This 31st day of July, 2006.

       /s/  R. Steven Geshell
      R. STEVEN GESHELL
      Attorney for Defendant
       Thom Shiraishi