EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     vs.                            )<br>                                    )<br>THOM SHIRAISHI; BARBARA             )<br>SHIRAISHI; DEPT. OF BUDGET AND     )<br>FISCAL SERVICES, REAL PROPERTY     )<br>TAX DIVISION, CITY AND COUNTY      )<br>OF HONOLULU,                        )<br>                                    )<br>            Defendants.             )<br>_____) | CIVIL NO. 04-00678 SPK-KSC<br><br>PLAINTIFF UNITED STATES OF<br>AMERICA'S STATEMENT OF NO<br>OPPOSITION TO DEFENDANT-<br>APPELLANT THOM SHIRAISHI'S<br>NON-HEARING MOTION TO PROCEED<br>IN FORMA PAUPERIS ON APPEAL<br>FILED JULY 31, 2006;<br>CERTIFICATE OF SERVICE |

PLAINTIFF UNITED STATES OF AMERICA'S STATEMENT
OF NO OPPOSITION TO DEFENDANT-APPELLANT THOM
SHIRAISHI'S NON-HEARING MOTION TO PROCEED
IN FORMA PAUPERIS ON APPEAL FILED JULY 31, 2006

Comes now Plaintiff United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii and HARRY YEE, Assistant United States Attorney, and states that it has no opposition to the granting of Defendant-Appellant Thom Shiraishi's Non-Hearing

Motion to Proceed in Forma Pauperis on Appeal filed July 31, 2006.

        DATED:  Honolulu, Hawaii, July 31, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                                  /s/ Harry Yee
                         By _____
                              HARRY YEE
                              Assistant U.S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA