<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served electronically through CM/ECF:

R. STEVEN GESHELL    [geshlaw@lava.net](geshlaw@lava.net)    July 31, 2006

DATED: Honolulu, Hawaii, July 31, 2006.

                               EDWARD H. KUBO, JR.
                               United States Attorney
                               District of Hawaii

                                     /s/ Harry Yee
                             By _____
                                   HARRY YEE
                                   Assistant U.S. Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA