IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THOM SHIRAISHI; BARBARA | ) | |
| SHIRAISHI; DEPT. OF BUDGET | ) | |
| AND FISCAL SERVICES, REAL | ) | |
| PROPERTY TAX DIVISION, CITY | ) | |
| AND COUNTY OF HONOLULU, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS
ON APPEAL

Defendant Thom Shiraishi has moved pursuant to 28 U.S.C. § 1915 and Fed.

R. App. P. 24(a) for leave to proceed in Forma Pauperis (IFP) on appeal.

Shiraishi's affidavit indicates a monthly income of $2,250, or $27,000 per

year.  This exceeds the Department of Health and Human Services poverty

guidelines for 2006.  Those guidelines indicate a poverty level for a single person

in Hawaii at $11,270 per year.  See 71 Fed. Reg. 3848-49 (Jan. 24, 2006).  Thus,

this Court does not consider Shiraishi qualified to appeal on an IFP basis.  The

Court DENIES the motion without prejudice to re-applying in the Court of

Appeals.  <u>See</u> Fed. R. App. P. 24(a)(5).

DATED:  August 2, 2006



_____
Samuel P. King
Senior United States District Judge

<u>USA v. Shiraishi, et al</u>. Civil No. 04-00678 SPK-KSC, Order Denying Motion to
Proceed In Forma Pauperis on Appeal