**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 14, 2006

To All Counsel of Record as Appellees:

    IN RE:    United States of America vs. Thom Shiraishi, et al.,

               Civil No. 04-00678SPK-KSC

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on July 31, 2006 .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                                                 Sincerely Yours,
                                                                 SUE BEITIA, CLERK
                                                                 by: Laila M. Geronimo
                                                                   Deputy Clerk

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
        (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** United States of America vs. Thom Shiraishi, et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00678SPK-KSC

II **DATE NOTICE OF APPEAL FILED:** July 31, 2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:** IFP denied 8/3/06

   DOCKET FEE PAID ON:            AMOUNT:
   NOT PAID YET:                  BILLED:
   U.S. GOVERNMENT APPEAL:        FEE WAIVED:
   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:             & ATTACH COPY OF ORDER/CJA
   WAS F.P. STATUS REVOKED:       DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)