# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** United States of America vs. Thom Shiraishi, et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-16497

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 04-00678SPK-KSC

II **DATE NOTICE OF APPEAL FILED:** July 31, 2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:** IFP denied 8/3/06

DOCKET FEE PAID ON:         AMOUNT:

NOT PAID YET:               BILLED:

U.S. GOVERNMENT APPEAL:     FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:          & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:    DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 2 2 2006
DISTRICT OF HAWAII

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)