AO83

# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 236368 |
| Trans | 141579 |

Received From:   **R. STEVEN GESHELL**

Case Number:

Reference Number:   **CV 04-678**

| | | | |
|---|---|---|---|
| | | Check | 455.00 |
| | | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | **Total** | **455.00** |
| | | Tend | 455.00 |
| | | Due | 0.00 |

08/25/2006 12:25:17 PM     Deputy Clerk:  lg/DT