ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2006

at 12 o'clock and ___ min ___ P___
SUE BEITIA, CLERK

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. Civ. No. 04-00678 SPK-KSC

Short Case Title USA vs. THOM SHIRAISHI, et al

Date Notice of Appeal Filed by Clerk of District Court July 31, 2006

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| April 4, 2006 | LISA GROULX, ESR | Opening Statements + trial |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| (additional page for designations if necessary) | | Other (please specify) |

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X)   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 8.25.2006   Estimated date for completion of transcript 8.30.2006
Print Name of Attorney R. Steven Geshell   Phone Number 808.396.7701
Signature of Attorney _____
Address 6600 Kalanianaole Hwy., Ste. 116, Honolulu, HI 96825

SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript—Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK