EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney

EDRIC M. CHING   6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: edric.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK-KSC |
| | ) | |
| Plaintiff, | ) | NOTICE OF BANKRUPTCY PETITION; |
| | ) | EXHIBIT "A"; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| THOM SHIRAISHI; BARBARA | ) | |
| SHIRAISHI; DEPT. OF BUDGET AND | ) | |
| FISCAL SERVICES, REAL PROPERTY | ) | |
| TAX DIVISION, CITY AND COUNTY | ) | |
| OF HONOLULU, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

NOTICE OF BANKRUPTCY PETITION

Comes now Plaintiff herein, by its undersigned attorneys, and hereby gives notice of the filing of the Notice of Chapter 7 Bankruptcy Case by defendant Thom Shiraishi in the United States Bankruptcy Court, District of Hawaii, under

Bankruptcy No. 06-00636.  A true and correct copy of said Notice is marked Exhibit "A" attached hereto and made a part hereof.

DATED: Honolulu, Hawaii, September 18, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By  /s/ Edric M. Ching
_____
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA