| FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case)(10/05) | Case Number 06-00636 |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on September 8, 2006.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Additional Information and Explanations

Debtor(s):
Thom Shiraishi
P.O. Box 1063
Waianae, HI 96792

| Case Number:<br>06-00636 | Last four digits of Social Security No./Complete EIN or other Taxpayer ID No:<br>xxx-xx-5940 |
|---|---|
| Attorney for Debtor(s):<br>Thom Shiraishi<br>P.O. Box 1063<br>Waianae, HI 96792<br>Telephone number: 808.696-2874 | Bankruptcy Trustee:<br>James B. Nicholson<br>P.O. Box 15696<br>Honolulu, HI 96830-5696<br>Telephone number: 808-590-2157 |

### Meeting of Creditors:

Date: **October 11, 2006**                    Time: **10:30 AM**
Location: **US Trustee Hearing Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

Individual and Joint Debtors MUST produce a photo ID and verification of Social Security Number at the meeting of creditors. Failure to do so may result in dismissal of the case.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be received by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or
to Determine Dischargeability of Certain Debts: December 11, 2006**

**Deadline to Object to Exemptions:**
Thirty (30) days after the **conclusion** of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250L<br>Honolulu, HI 96813<br>Telephone number: (808) 522-8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>**Michael B. Dowling** |
|---|---|
| Hours Open: Monday - Friday 8:00 AM -4:00 PM | Date: September 8, 2006 |

# EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued by oral notice given at the first meeting, and no further written notice will be given. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee [currently $250.00] by that Deadline. It is not sufficient to write a letter to the Court. Creditors wishing to file a complaint should seek legal advice and assistance. Corporations and partnerships must be represented by counsel in such actions. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. Information about the status of a bankruptcy case can be easily obtained by calling the Voice Case Information System at 808-522-8122. It will speed up such calls if you have the case number ready when you make the call. The Bankruptcy Court for the District of Hawaii maintains a web page with information concerning the court, bankruptcy procedures and forms. The address is: www.hib.uscourts.gov Case information, including images of all documents filed in pending bankruptcy cases and adversary proceedings, is available to the public. Persons wishing to access case files in this manner must register through the PACER Service Center. Information concerning PACER can be found on the court's web page.<br><br>**Copies of Schedules and Other Documents:** Parties wishing copies of the schedules filed by the debtor(s) in this case will be able to retrieve such copies most easily by accessing the case file through PACER and printing the schedules from this site. The cost of viewing and printing documents from PACER is 8 cents per page. Copies of any documents from a pending file can be provided by the court at a cost of 50 cents per page. Persons wishing to order copies of documents from the court should designate the specific documents to be copied, enclose a check or money order for the copies, and enclose a self-addressed envelope with sufficient postage for the number of copies ordered. The request should be sent to the Clerk's Office address on the front side of this notice. |
| Foreign Creditors | If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult a lawyer to determine your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**