CERTIFICATE OF SERVICE

I hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served electronically through CM/ECF:

R. STEVEN GESHELL     geshlaw@lava.net     September 18, 2006

Served by First Class Mail:

THOM SHIRAISHI                              September 18, 2006
P.O. Box 1063
Waianae, HI 96792


DATED: Honolulu, Hawaii, September 18, 2006.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii

                                    /s/ Edric M. Ching
                              By _____
                                  EDRIC M. CHING
                                  Assistant U.S. Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA