EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THOM SHIRAISHI; BARBARA SHIRAISHI; DEPT. OF BUDGET AND FISCAL SERVICES, REAL PROPERTY TAX DIVISION, CITY AND COUNTY OF HONOLULU,<br><br>　　　　　Defendants. | CIVIL NO. 04-00678 SPK-KSC<br><br>NOTICE OF FILING ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY; EXHIBIT "A"; CERTIFICATE OF SERVICE |

NOTICE OF FILING ORDER GRANTING
<u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

Comes now Plaintiff herein, by its undersigned attorney, and hereby gives notice of the filing of the Order Granting Motion for Relief from Automatic Stay, in the United States Bankruptcy Court, District of Hawaii, under Bankruptcy No.

06-00636. A true and correct copy of said Order is marked Exhibit "A" attached hereto and made a part hereof.

DATED: Honolulu, Hawaii, December 13, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Harry Yee
By _____
HARRY YEE
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA