EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney

EDRIC M. CHING  6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: edric.ching@usdoj.gov

Attorneys for UNITED STATES
  OF AMERICA

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re:<br><br>THOM SHIRAISHI<br><br>         Debtor, | Case No. 06-00636<br>(Chapter 7)<br><br>ORDER GRANTING UNITED STATES<br>OF AMERICA'S MOTION FOR RELIEF<br>OF STAY<br><br>Date: November 15, 2006<br>Time: 1:30 p.m.<br>Judge: Robert J. Faris |

ORDER GRANTING UNITED STATES OF
AMERICA'S MOTION FOR RELIEF OF STAY

The United States of America's ("Movant") Motion for Relief of Stay came on for hearing on November 15, 2006, at 1:30 p.m. before the Honorable Robert J. Faris.

Based upon the pleadings in this case, the Opposition filed by Debtor Thom Shiraishi, Movant's Reply Memorandum to Debtor Thom Shiraishi's Opposition, and for good cause therefor,

EXHIBIT A

IT IS HEREBY ORDERED that the stay provided under 11 U.S.C. § 362 is terminated to permit Movant, with respect to its loan secured by the real property commonly known as 86-479 Paheehee Road, Waianae, Hawaii, to exercise its foreclosure and other rights relating to the Property. However, no deficiency judgment shall be entered against Debtor without further court approval. R/S

DATED: Honolulu, Hawaii, _____ DEC 0 4 2006 _____.

_____
U.S. BANKRUPTCY JUDGE

APPROVED AS TO FORM AND CONTENT:

_____
THOM SHIRAISHI
Debtor

In Re: Thom Shiraishi
Bk. No. 06-00636
"Order Granting United States of America's Motion for Relief of Stay"

2

HN044

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 06-00636

Chapter 7

In re:

Thom Shiraishi
P.O. Box 1063
Waianae, HI 96792

Social Security No.:
xxx-xx-5940

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER OR JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

    **Order Granting Motion For Relief From Automatic Stay (USA)(Related Doc # [13]) . Date of Entry: 12/4/2006. (LL, )**

The original order or judgment is on file at the Clerk's Office of this court. The document may be viewed at the bankruptcy court and is available for viewing on the Internet by using Pacer for a fee. Information on the PACER system can be found on the court's web page: www.hib.uscourts.gov

Date: December 4, 2006

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250L<br>Honolulu, HI 96813 | Clerk of the Bankruptcy Court:<br><br>**Michael B. Dowling** |

Telephone number: (808) 522-8100

**Zamora, Teri (USAHI)**

**From:** Yoneda, Jan (USAHI)
**Sent:** Monday, December 04, 2006 3:10 PM
**To:** Zamora, Teri (USAHI)
**Subject:** FW: 06-00636 Order on Motion For Relief From Automatic Stay

---

**From:** BKECF_LiveDB@hib.uscourts.gov [mailto:BKECF_LiveDB@hib.uscourts.gov]
**Sent:** Monday, December 04, 2006 3:08 PM
**To:** cmecf@hib.uscourts.gov
**Subject:** 06-00636 Order on Motion For Relief From Automatic Stay

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. Bankruptcy Court

### District of Hawaii

Notice of Electronic Filing

The following transaction was received from LL, entered on 12/4/2006 at 3:08 PM HST and filed on 12/4/2006
**Case Name:**     Thom Shiraishi
**Case Number:**   06-00636
**Document Number:** 35

**Docket Text:**
Order Granting Motion For Relief From Automatic Stay (USA)(Related Doc # [13]) . Date of Entry: 12/4/2006. (LL, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Q:\hib\cmecf\lisa\l4a55300.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018307671 [Date=12/4/2006] [FileNumber=1346898-0
] [367c3f3dd41b4ef2feb679fb9fe3f36e99058b96c38105b5bbbe4af9b61cfe64eba
fc4b29b279ec5aa39d5927fd9ea2ddb1cc664070e1b48f94498740960ee59]]

**06-00636 Notice will be electronically mailed to:**

Edric M. Ching     edric.ching@usdoj.gov, jan.yoneda@usdoj.gov

James B. Nicholson    jimtrustee@aol.com, HI06@ecfcbis.com

12/6/2006

Office of the U.S. Trustee    ustpregion15.hi.ecf@usdoj.gov

Harry Yee    Harry.Yee@usdoj.gov, Jan.Yoneda@usdoj.gov

**06-00636 Notice will not be electronically mailed to:**

Thom Shiraishi
P.O. Box 1063
Waianae, HI 96792

12/6/2006