<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served electronically through CM/ECF:

R. STEVEN GESHELL           geshlaw@lava.net

Served by First Class Mail:

THOM SHIRAISHI
P.O. Box 1063
Waianae, HI 96792


DATED: Honolulu, Hawaii, December 13, 2006.

                                              EDWARD H. KUBO, JR.
                                              United States Attorney
                                              District of Hawaii

                                                    /s/ Harry Yee
                                       By _____
                                                HARRY YEE
                                                Assistant U.S. Attorney

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA