ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2007

at 12 o'clock and 10 min P M
SUE BEITIA, CLERK

1  ERIC N. HILL
   1335 River Street, #203
2  Honolulu, HI 96817
   808.533.2100
3
   Commissioner as appointed by
4  EDWARD H. KUBO, JR.
   United States Attorney
5  District of Hawaii

6              IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF HAWAII

8

9  UNITED STATES OF AMERICA,      ) CIVIL NO. 04-00678 SPK-KSC
                                  )
10              Plaintiff,         )
                                  )
11       vs.                       )
                                  )
12 THOM SHIRAISHI; BARBARA        )
   SHIRAISHI; DEPT. OF BUDGET AND )
13 FISCAL SERVICES, REAL PROPERTY )
   TAX DIVISION, CITY AND COUNTY  )
14 OF HONOLULU,                    )
                                  )
15                                 )
                Defendants.        )
16                                 )

17

18        COMMISSIONER'S REPORT/AFFIDAVIT OF ERIC N. HILL

19       Comes now ERIC N. HILL, the dully appointed Commissioner in
    the above entitled action, and hereby reports as follows:

20    1. That your Commissioner was duly appointed by this Court to
         serve as a Commissioner pursuant to the certain JUDGEMENT
21       AND INTERLOCUTORY DECREE OF FORECLOSURE Filed 07/07/2006.
      2. That pursuant to said Order your Commissioner proceeded to
22       acquaint himself with the subject property by reviewing the
         pleading herein, by examining the tax records of the Real
23       Property Division, Department of Finance, City and County
         of Honolulu.  Your Commissioner gained access to the
24       subject property by contacting Mr. Shiraishi and completing
         his initial visit on.  While cooperative, Mr. Shiraishi
25       informed your Commissioner via his letter of 19 Jul 06
         which was passed on to Teri Zamora, U.S. Dept of Justice,
         that this foreclosure action was under appeal.

Summary of Pleading - 1

3. That your Commissioner prepared a Fact Sheet, Exhibit "A" and a Notice of Foreclosure, Exhibit "B", copies of which are attached and made part hereof. That your Commissioner caused the Notice of Foreclosure to be published in the Sunday classified section of the Honolulu Advertiser, the newspaper having general circulation in the State of Hawaii, on 8/13/2006, 8/20/2006, 8/27/2006, 9/03/2006 and again subsequent to the lifting of the Bankruptcy stay again on 12/17/2006, 12/24/2006 and on 12/31/2006 the advertisements concerning the subject property, setting forth a summary description of the property, the date and time for the open house, and the date, time and place for the public auction, a copy of the advertisement (Notice of Foreclosure) is attached hereto with affidavit of publication and made part hereof as Exhibit "B".

4. That your Commissioner sent fact sheets to over 60 interested parties.

5. That on August 19 and August 26, 2006 between the hours of 1:00 p.m. and 4:00 p.m. your Commissioner conducted open houses at the subject property.

6. That your Commissioner designated an initial auction date of September 19, 2006 which was cancelled due to Mr. Shiraishi filing for Bankruptcy.

7. That your Commissioner upon release of the Bankruptcy Stay conducted an auction of the property on January 9, 2007 on the lanai of the First Circuit Court Bldg with 12 prospective bidders in attendance. At the auction the highest bidder, Mr. Rysard Wolf, bid $455,000.

8. That your Commissioner recommends the confirmation of this sale at $455,000 in the event bidding is not reopened at the Confirmation Hearing.

9. That your Commission has incurred expenses for certified mail of $3.20, advertising $879.24 / $670.62 and is seeking Commissioner's fees in the amount of $3455.50 and your Commissioner is attaching herewith his Affidavit in support for reimbursement of expenses and allowance of his fees.

WHEREFORE, your Commissioner prays as follows;

1. That the Court approve and accept your Commissioner's Report.
2. That a hearing be held to confirm the sale of the subject property to Ryszard Wolf for $455,000.00 in the event the bidding is not reopened at the Confirmation Hearing.
3. That the Court allow your Commissioner reimbursement of expenses incurred in the sum of $1553.06 and a Commissioner's Fee in the sum of $3455.50.
4. That upon your Commissioner conveying the subject property to whom the sale is thereof confirmed and your Commissioner filing his final report, your Commissioner stand discharged from any further responsibilities and liabilities thereof.

Dated this 24th day of January, 2007

_____
ERIC N. HILL, COMMISSIONER as appointed by EDWARD H. KUBO, JR., United States Attorney, District of Hawaii