# FORECLOSURE SALE / FACT SHEET

## CIVIL NO. 04-00678 SPK-KSC
**PROPERTY:**   86-479 Paheehee Road, Waianae, HI 96792
TMK (1)8-6-024-004-000

**OWNERSHIP TENURE:**   Fee Simple
**DESCRIPTION:**   174,240 sq ft (4 Acres), no legal improvements (per tax records)
**REVISED Assessed value 12/14/2006**
Land                    $509,600
building
Total                   $509,600

### Open for Inspection
Saturday, August 19 2006    1 p.m. -4 p.m.
Saturday, August 26, 2006   1p.m. –4 p.m.

## NEW AUCTION DATE:  TUESDAY, JANUARY 9, 2007, Noon
At the Ewa Lanai of the First Circuit Court Building,
777 Punchbowl Street, Honolulu, HI 96817

TERMS OF SALE: Property to be sold at public auction, without an upset price, or by way of private sale in "AS IS" condition, without any representation or warranties whatsoever as to title or possession, and by way of quitclaim conveyance.
Sale shall not be final until approved and confirmed by the Court. At the hearing, the Court will allow reopening of the action by accepting higher bids, the first of which must be at least one hundred five percent (105%) of the highest bid at the Commissioner's sale; anyone may reopen the auction by bidding, including all parties whether or not any such party or interested person had bid, or could have bid, at the Commissioner's sale. The successful bidder at the sale shall make a down payment in an amount not less than ten percent (10%) of the highest bid. The payment shall be in cash, money order, cashier's check or certified check. Bidders must show proof of the 10% down payment which may be forfeited in full or in park if the purchaser fails to pay the balance of the purchase price. The purchaser is not liable for damages greater than the forfeiture of the 10% down payment.

The balance of the purchase price shall be paid upon approval and confirmation of the sale. The Commissioner may require that the sale through an escrow, even if the purchaser does not require one. The Purchaser shall be responsible for all costs and expenses of closing, including without limitation to the costs of conveyance, preparation of the conveyance documents, conveyance tax, escrow and recording fees, any proof of title insurance, and is responsible for securing possession of the property upon recording.

SALE SUBJECT TO COURT CONFIRMATION for further information contact
Eric N. Hill, Commissioner, 808 597 1330 / 808 597 1336 fax
1335 River Street, 203
Honolulu, HI 96817   e-mail: foreclosure@honolulurealty.com