*IN THE MATTER OF*

NOTICE OF FORECLOSURE SALE

STATE OF HAWAII
City and County of Honolulu                    SS.



*Valerie L Yanagihara   being duly sworn deposes and says that she is a clerk, duly authorized to execute this affidavit of THE HONOLULU ADVERTISER, a division of GANNETT PACIFIC CORPORATION, that said newspaper is a newspaper of general circulation in the State of Hawaii, and that the attached notice is a true notice as was published in the aforereferenced newspaper as follows:*

The Honolulu Advertiser:        4        times(s) on
08/13/2006, 08/20/2006, 08/27/2006
09/03/2006

*and that affiant is not a party to or in any way interested in the above entitled matter.*

*Subscribed and sworn to before me this  4th  day of  September A. D.  2006*

Elsie A. Maruyama

ELSIE A. MARUYAMA        Notary Public of the First Judicial Circuit
State of Hawaii
My commission expires        March 7, 2008