IN THE MATTER OF

NOTICE OF FORECLOSURE SALE
CIVIL NO. 04-00678 SPK-KSC

AFFIDAVIT OF PUBLICATION

STATE OF HAWAII
City and County of Honolulu  } ss.

Jane Kawasaki being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of THE HONOLULU ADVERTISER, a division of GANNETT PACIFIC CORPORATION, that said newspaper is a newspaper of general circulation in the State of Hawaii, and that the attached notice is a true notice as was published in the

The Honolulu Advertiser:   3   time(s), on
12/17/2006, 12/24/2006, 12/31/2006

and that affiant is not a party to or in any way interested in the above entitled matter.

*Jane Kawasaki* (signature)

Subscribed and sworn to before me this 31st day of December A.D. 2006.

*Jeanette Ching* (signature)

Notary Public of the First Judicial Circuit
State of Hawaii
My commission expires   June 16, 2010

[Notary Seal: JEANETTE T. CHING, NOTARY PUBLIC, STATE OF HAWAII]

---

**NOTICE OF FORECLOSURE SALE**
Civil No. 04-00678 SPK-KSC
86-479 PAHEEHEE ROAD, WAIANAE, HI 96792
(1) 8-6-024-004-000
174,240 sq.ft (4 acres) FEE SIMPLE, no legal improvements (per tax records) Zoning AG-1 Restricted Agriculture.
**NO OPEN HOUSES**
Auction: January 9, 2007, Noon, At the Lanai of the First Circuit Court Building, 777 Punchbowl St, Honolulu, HI 96813.
Terms of Sale: No upset price. Property is being sold in "as is" condition at public auction with 10% of highest bid payable in cash, certified or cashier's check at close of auction, balance payable upon delivery of title. Potential bidders must be able to provide proof of their ability to comply with the 10% of bid requirement prior to participating in the public auction. Buyer shall pay all cost of closing including escrow, conveyance and recordation fee, conveyance taxes and is responsible for securing possession of the property upon recordation. SALE SUBJECT TO COURT CONFIRMATION. For further information contact: Eric N. Hill, Commissioner, 808-597-1330/ 808-597-1336 fax. 1335 River Street, 203, Honolulu, HI 96817.
e-mail: foreclosure@honolulurealty.com