ERIC N. HILL
1335 River Street, #203
Honolulu, HI 96817
808.533.2100

Commissioner as appointed by
EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO. 04-00678 SPK-KSC |
| Plaintiff, | ) |
| vs. | ) |
| THOM SHIRAISHI; BARBARA SHIRAISHI; DEPT. OF BUDGET AND FISCAL SERVICES, REAL PROPERTY TAX DIVISION, CITY AND COUNTY OF HONOLULU, | ) |
| Defendants. | ) |

### AFFIDAVIT OF ERIC N. HILL

Comes now ERIC N. HILL, the dully appointed Commissioner in the above entitled action duly sworn on oath, deposes and says that

1. He was appointed the Commissioner in the foreclosure action by Edward H. Kubo, Jr., United States Attorney, District of Hawaii on July 13, 2006.
2. A total of 22 hours have been expended by the Commissioner in relation to the foreclosure sale. He estimates that 3 more hours will be necessary to conclude this matter (total 22 hours).
3. He is requesting a fee in the amount of $3455.50 including tax.
4. The following costs have been incurred;
   a. Certified Mail        $3.20
   b. Advertising           $1549.86

Summary of Pleading - 4

1    5. Commissioner Fee + Costs + $5008.56

2  Further the affiant sayeth naught.

3  Dated this 24th day of January, 2007.

4

5                                              ERIC N. HILL,
                                               COMMISSIONER as
6                                              appointed by EDWARD
                                               H. KUBO, JR.,
7                                              United States
                                               Attorney, District
8                                              of Hawaii

9

10 State of Hawaii
   City & County of Honolulu
11

12 On January 24, 2007 before me personally
   Appeared Eric N. Hill to me know to be the
13 person described in and who executed the foregoing
   and acknowledged that he executed the same as his
14 free act and deed.

15  _____
    TERESITA C. JACINTO
16
                      02/21/07
17 My Commission Expires

18

19

20

21

22

23

24

25

Summary of Pleading - 5