## Contact History Report

Thom Shiraishi          696-2874                    Create Date:  7/17/2006
SHIRAISHI FORECLOSURE
86-479 Paheehee Rd
(1) 8-6-024-004
Waianae, HI 96792

### History

| Date | Time | User | Duration | Reference |
|---|---|---|---|---|
| 07/19/06 | 9:47am | ERIC | 00:05:00 | call to Geshell attorney for Shiraishi notice of appointment (oc: |
| 07/19/06 | 12:24pm | ERIC | 00:30:00 | phone call with Mr Shiraishi re regulations on Farm Home Loan (oc |
| 07/19/06 | 12:25pm | ERIC | 01:00:00 | review notice of foreclosure/contact info/etc (oc:Thom & Barbara |
| 07/20/06 | 9:47am | ERIC | 00:15:00 | call to confirm receipt of package (oc:Teri Zamora) |
| 08/06/06 | 10:00am | ERIC | 1:30 | visit subject property (oc:Thom & Barbara Shiraishi) |
| 08/08/06 | 4:34pm | ERIC | 01:00:00 | prepare newspaper ad, submit to Zamora for approval (oc:Thom Shir |
| 08/10/06 | 12:07pm | ERIC | 00:30:00 | ads placed for notice of foreclosure (oc:Thom Shiraishi) |
| 08/12/06 | 12:24pm | ERIC | 00:15:00 | called to get ok for open houses-approved (oc:Thom & Barbara Shir |
| 08/16/06 | 9:30am | ERIC | 00:15:00 | steve bazzell FHL re procedure for auction, sheriff? (oc:Thom & B |

Notes:  pixie greer, teri zamora, need for security?

| Date | Time | User | Duration | Reference |
|---|---|---|---|---|
| 08/19/06 | 1:00pm | ERIC | 04:00:00 | open house paheehee, see visitor list (oc:Thom & Barbara Shiraish |

Notes:  8 groupls of visitors

| Date | Time | User | Duration | Reference |
|---|---|---|---|---|
| 08/22/06 | 1:05pm | ERIC | .15 | call re inspection (oc:Thom & Barbara Shiraishi) |
| 08/24/06 | 3:55pm | ERIC | 01:30:00 | fact sheets faxed or emailed to 33 interested parties (oc:Thom & |
| 08/26/06 | 1:00pm | ERIC | 04:00:00 | open house paheehee, see vistor list (oc:Thom & Barbara Shiraishi |

Notes:  18 vistors to open house

| Date | Time | User | Duration | Reference |
|---|---|---|---|---|
| 09/19/06 | 12:00am | ERIC | 01:00:00 | auction, cancelled due to bankruptcy, 7 visitors (oc:Thom & Barba |
| 11/15/06 | 4:39pm | ERIC | | notification from US Attorney that Bankruptcy Stay has been lifte |
| 11/29/06 | 12:24pm | ERIC | | call with update, bankruptcy lifted...no answer; left message. (o |

## Contact History Report

Thom Shiraishi  696-2874  Create Date: 7/17/2006
SHIRAISHI FORECLOSURE
86-479 Paheehee Rd
(1) 8-6-024-004
Waianae, HI 96792

| History Date | Time | User | Duration | Reference |
|---|---|---|---|---|
| 12/09/06 | 4:40pm | ERIC | | written notice granting relief of stay (oc:Thom Shiraishi) |
| 12/21/06 | 10:30am | ERIC | 01:00:00 | notice of new auction date 1/9/07 to all interested parties (oc: |
| 01/09/07 | 4:21pm | ERIC | 00:45:00 | open escrow, Connie McTeer, Escrow Officer, Old Republic Title (o |
| 01/09/07 | 12:00am | ERIC | 01:00:00 | auction 12 prospective bidders; 9 qualified (oc:Thom & Barbara S |

Notes: Successful bidder at auction Ryszard Wolf with a bid of $455,000.

| 01/15/07 | 4:23pm | ERIC | 02:30:00 | prepare commissioner's report & affadavit, prepare for confirmati |
| 01/15/07 | 4:24pm | ERIC | 03:00:00 | confirmation hearing; close sale to successful bidder, final repo |

*Total 22 hours @ $150.⁰⁰ = $3300*
*GET       155.50*
*          $3455.50*