ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 29 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANT THOM SHIRAISHI'S |
| | ) | MOTION FOR TEMPORARY RES- |
| vs. | ) | TRAINING ORDER; MEMORANDUM |
| | ) | IN SUPPORT OF MOTION FOR |
| THOM SHIRAISHI; BARBARA | ) | TEMPORARY RESTRAINING ORDER; |
| SHIRAISHI; DEPT. OF BUDGET | ) | AFFIDAVIT OF DEFENDANT THOM |
| AND FISCAL SERVICES, REAL | ) | SHIRAISHI; DECLARATION OF |
| PROPERTY TAX DIVISION, CITY | ) | THOM SHIRAISHI |
| AND COUNTY OF HONOLULU, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

DEFENDANT THOM SHIRAISHI'S MOTION FOR
TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 (b), Federal Rules of Civil Procedure, Defendant Thom Shiraishi appearing pro se, and hereby moves this Court for an Order granting his Motion for Temporary Restraining Order.

Thim Motion is based on Rule 65 (b) of the Federal Rules of Civil Procedure, Memorandum in Support of Motion for Temporary Restraining Order and the Affidavit and Declaration of Thom Shiraishi.

DATED: Honolulu, Hawaii, January 29, 2007.

_____
THOM SHIRAISHI PRO SE