| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: THOM SHIRAISHI | | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA - FARMERS HOME ADM<br>FINANCE OFFICE<br>1520 MARKET<br>ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: KANSAS CITY, KS | |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 3081-56276145 | $23,255.00 | 10-27-86 |

COUNTY SUPERVISOR-FMHA
P O BOX 50224
HONOLULU HI 96850

AGENCY SCHEDULE NUMBER
0000001111

AGENCY TELEPHONE NUMBER

STATE 61 COUNTY 02 LOAN NO 04

OCT 29 1986

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

EXHIBIT
"A"

| | | | | |
|---|---|---|---|---|
| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
| VENDOR NAME: | THOM SHIRAISHI AND | | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA – FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS | |
| | | CHECK NUMBER 3084-05668257 | CHECK AMOUNT $5,000.00 | CHECK DATE 09-11-87 |

PAYMENT IDENTIFICATION DATA

COUNTY SUPERVISOR-FMHA
P O BOX 50224
HONOLULU HI 96850

AGENCY SCHEDULE NUMBER 0000001111
AGENCY TELEPHONE NUMBER

STATE 61 COUNTY 02 LOAN NO 04

SEP 1 4 1987

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

---

| | | | | |
|---|---|---|---|---|
| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
| VENDOR NAME: | THOM SHIRAISHI AND | | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA – FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS | |
| | | CHECK NUMBER 3084-53655925 | CHECK AMOUNT $20,524.00 | CHECK DATE 04-15-87 |

COUNTY SUPERVISOR-FMHA
P O BOX 50224
HONOLULU HI 96850

AGENCY SCHEDULE NUMBER 0000001111
AGENCY TELEPHONE NUMBER

STATE 61 COUNTY 02 LOAN NO 04

APR 1 7 1987

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

APR 1 7 1987

---

| | | | | |
|---|---|---|---|---|
| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
| VENDOR NAME: | THOM SHIRAISHI AND | | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA – FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS | |
| | | CHECK NUMBER 3084-01520948 | CHECK AMOUNT $6356.00 | CHECK DATE 03-02-87 |

COUNTY SUPERVISOR-FMHA
P O BOX 50224
HONOLULU HI 96850

AGENCY SCHEDULE NUMBER 0000001111
AGENCY TELEPHONE NUMBER

STATE 61 COUNTY 02 LOAN NO 04

MAR - 5 1987

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

EXHIBIT "A"

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
|---|---|---|---|---|
| VENDOR NAME: | THOM SHIRAISHI AND | | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA - FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS | |
| | | CHECK NUMBER 3084-08404820 | CHECK AMOUNT $5500 | CHECK DATE 03-30-88 |
| PAYMENT IDENTIFICATION DATA | COUNTY SUPERVISOR-FMHA P O BOX 50224 HONOLULU HI 96850 | | AGENCY SCHEDULE NUMBER 0000001111 | |
| | | | AGENCY TELEPHONE NUMBER | |
| | STATE 61 COUNTY 02 LOAN NO 04 | | MAR 3 1 1988 | |

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
|---|---|---|---|---|
| VENDOR NAME: | THOM SHIRAISHI AND | | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA - FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS | |
| | | CHECK NUMBER 3084-07384521 | CHECK AMOUNT $2,500.00 | CHECK DATE 03-04-88 |
| PAYMENT IDENTIFICATION DATA | COUNTY SUPERVISOR-FMHA P O BOX 50224 HONOLULU HI 96850 | | AGENCY SCHEDULE NUMBER 0000001111 | |
| | | | AGENCY TELEPHONE NUMBER | |
| | STATE 61 COUNTY 02 LOAN NO 04 | | MAR - 7 1988 | |

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
|---|---|---|---|---|
| VENDOR NAME: | THOM SHIRAISHI AND | | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA - FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS | |
| | | CHECK NUMBER 3084-06940781 | CHECK AMOUNT $4865.00 | CHECK DATE 01-29-88 |
| PAYMENT IDENTIFICATION DATA | COUNTY SUPERVISOR-FMHA P O BOX 50224 HONOLULU HI 96850 | | AGENCY SCHEDULE NUMBER 0000001111 | |
| | | | AGENCY TELEPHONE NUMBER | |
| | STATE 61 COUNTY 02 LOAN NO 04 | | FEB - 1 1988 | |

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

EXHIBIT "A"

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: | THOM SHIRAISHI AND | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA - FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS |
| | | CHECK NUMBER: 3084-14357174 | CHECK AMOUNT: $13,000.00 | CHECK DATE: 03-29-89 |

PAYMENT IDENTIFICATION DATA

COUNTY SUPERVISOR-FMHA
P O BOX 50224
HONOLULU HI 96850

AGENCY SCHEDULE NUMBER: 0000001111
AGENCY TELEPHONE NUMBER

STATE 61 COUNTY 02 LOAN NO 04

MAR 2 9 1989

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

---

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: | THOM SHIRAISHI AND | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA - FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS |
| | | CHECK NUMBER: 3084-65975767 | CHECK AMOUNT: $14,000 | CHECK DATE: 10-24-88 |

COUNTY SUPERVISOR-FMHA
P O BOX 50224
HONOLULU HI 96850

AGENCY SCHEDULE NUMBER: 0000001111

STATE 61 COUNTY 02 LOAN NO 04

OCT 2 4 1988

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

---

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: | THOM SHIRAISHI AND | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA - FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS |
| | | CHECK NUMBER: 3084-65003995 | CHECK AMOUNT: $5000.00 | CHECK DATE: 08-02-88 |

COUNTY SUPERVISOR-FMHA
P O BOX 50224
HONOLULU HI 96850

AGENCY SCHEDULE NUMBER: 0000001111

STATE 61 COUNTY 02 LOAN NO 04

AUG 0 3 1988

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

EXHIBIT "A"