| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: THOM SHIRAISHI | | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA - FARMERS HOME ADM<br>FINANCE OFFICE<br>1520 MARKET<br>ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 3081-56066913 | $85,000.00 | 10-14-86 |

COUNTY SUPERVISOR-FMHA
P O BOX 50224
HONOLULU HI 96850

AGENCY SCHEDULE NUMBER: 0000001111
AGENCY TELEPHONE NUMBER

STATE 61 COUNTY 02 LOAN NO 03

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

OCT 16 1986

EXHIBIT "B"