1. FmHA is to make a Farm Ownership loan to Defendants SHIRAISHI in the amount of $200,000.00. Defendants SHIRAISHI will then pay BOH $35,000.00 from the proceeds of this loan towards the amounts owing to BOH under the $90,000 loan made to Defendants SHIRAISHI. See Affidavit of David A. Ezra attached hereto and Exhibit "1", supra.

2. FmHA is also to make a $200,000.00 Operating Loan to Defendants SHIRAISHI. Defendants SHIRAISHI will then pay $50,000.00 towards the amounts owed by Defendants SHIRAISHI under the $49,600.00 loan made by BOH to Defendants. See Affidavit of David A. Ezra and Exhibit "1", supra.

The settlement agreement specifically provides that the settlement is conditioned upon Defendant FmHA making the promised loans to Defendants SHIRAISHI and Defendants SHIRAISHI, in turn, paying BOH the sum of $85,000.00. Specifically, Paragraph 10 of the Mutual Release Settlement and Indemnification Agreement provides that the settlement is conditioned on Defendants SHIRAISHI paying to BOH the sum of $85,000.00 and that payment of said sum is necessary to constitute a full and final settlement of the matters covered by the Release. See Paragraph 10 of Exhibit "1" attached hereto.

Although the documents were signed and the Court formally approved the settlement pursuant to its Order filed June 9, 1986, Defendant FmHA has yet to finalize its loans to Defendants SHIRAISHI. Although over three (3) months have passed since the signing and approval of the settlement herein, Defendant FmHA is still unable to give a definite date as to

EXHIBIT "C"