IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | DECLARATION OF THOM |
| ) | SHIRAISHI |
| VS, ) | |
| ) | |
| THOM SHIRAISHI; BARBARA ) | |
| SHIRAISHI; DEPT. OF BUDGET ) | |
| AND FISCAL SERVICES, REAL ) | |
| PROPERTY TAX DIVISION, CITY ) | |
| AND COUNTY OF HONOLULU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF THOM SHIRAISHI

1. I am the Defendant in this action, appearing pro se. I have personal knowledge of the facts set forth herein and I am authorized to make this declaration.

2. Plaintiff was inform of regulation prohibiting the sale of Defendant's property while his appeal was pending with the National Appeals Division through Eric Hill the Commissioner appointed to auction the property. The Plaintiff had no discretion to not follow the governments own regulations.

3. Defendant has not notified the Plaintiff of his Motion for Temporary Restraining Order as sufficient time is not available to have Plaintiff file any opposition and to be heard before irreparable harm and loss would occur.

4. It is highly unlikely that the Plaintiff would request a stay of the confirmation of the auction sale when refusing to abide with federal regulation prohibiting the

the auction while Defendants appeal was pending

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on January 29, 2007, Honolulu, Hawaii.

                                                      THOM SHIRAISHI PRO SE