<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

R. STEVEN GESHELL          geshlaw@lava.net

Served by First Class Mail:

ERIC N. HILL
1335 River St., Suite 203
Honolulu, HI 96817

DATED: Honolulu, Hawaii, February 7, 2007.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                                  /s/ Harry Yee
                              By _____
                                  HARRY YEE
                                  Assistant U.S. Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA