IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>          Plaintiff,                 )<br>                                      )<br>     vs.                              )<br>                                      )<br>THOM SHIRAISHI; BARBARA               )<br>SHIRAISHI; DEPT. OF BUDGET AND        )<br>FISCAL SERVICES, REAL PROPERTY        )<br>TAX DIVISION, CITY AND COUNTY         )<br>OF HONOLULU,                          )<br>                                      )<br>          Defendants.                )<br>_____) | CIVIL NO. 04-00678 SPK-KSC<br><br>DECLARATION OF STEVEN R.<br>BAZZELL |

DECLARATION OF STEVEN R. BAZZELL

I, STEVEN R. BAZZELL, declare that:

1.  I am the Farm Loan Chief, Farm Service Agency (FSA), the successor agency to Farmers Home Administration ("FmHA"), United States Department of Agriculture, an agency of the United States of America ("USA"), Plaintiff in this case. I am familiar with the matters stated in this Declaration, I make this declaration on personal knowledge, and I am authorized to make this Declaration on behalf of FSA.

2.  The records with regard to the loan on the subject property were made at or near the time by, or from information transmitted by, a person with knowledge, were kept in the course of regularly conducted business activity, are kept by FSA in the ordinary course of business under my custody and control, it was the regular practice of FSA to make such records, and said

records show that as of February 28, 2007, the amounts due and owing are as follows:

    A)    Ownership Loan No. 41-12:

| | |
|---|---|
| Unpaid Principal | $230,288.22 |
| Unpaid Interest | 75,082.79 |
| TOTAL DUE | $305,371.01 |

Plus interest at the daily rate of $31.5463, from February 28, 2007, until the date of judgment, and interest will accrue thereafter at the legal rate until the indebtedness is paid in full.

    B)    Operating Loan No. 44-13:

| | |
|---|---|
| Unpaid Principal | $129,750.52 |
| Unpaid Interest | 46,514.67 |
| TOTAL DUE | $176,265.19 |

Plus interest at the daily rate of $17.7740, from February 28, 2007, until the date of judgment, and interest will accrue thereafter at the legal rate until the indebtedness is paid in full.

    3.    As of February 28, 2007, there shall be due and owing to Plaintiff U.S.A. for the Shared Appreciation Agreement an estimated total not to exceed $246,898.36.

    4.    The United States of America has incurred court costs in the amount of $427.00.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on _January 31, 2007_, at Honolulu, Hawaii.

            _____
             STEVEN R. BAZZELL