ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 12 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

THOM SHIRAISHI PRO SE
P.O. Box 1063
Waianae, HI. 96792
Telephone: (808) 696-2874

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                  )<br>                                        )<br>      vs.                               )<br>                                        )<br> THOM SHIRAISHI; BARBARA                )<br> SHIRAISHI; DEPT. OF BUDGET             )<br> AND FISCAL SERVICES, REAL              )<br> PROPERTY TAX DIVISION, CITY            )<br> AND COUNTY OF HONOLULU,                )<br>                                        )<br>            Defendants.                 )<br>                                        )<br>_____ ) | CIVIL NO. 04-00678 SPK KSC<br><br>DEFENDANT THOM SHIRAISHI'S<br>MOTION FOR RECINDING INTER-<br>LOCUTORY DECREE OF FORE-<br>CLOSURE, CONFIRMATION HEARING<br>ON DEFENDANT'S PROPERTY SOLD<br>JANUARY 9, 2007; MEMORANDUM<br>IN SUPPORT OF MOTION FOR RE-<br>CINDING INTERLOCUTORY DECREE<br>OF FORECLOSURE, CONFIRMATION<br>HEARING ON DEFENDANT'S PRO-<br>PERTY SOLD JANUARY 9, 2007;<br>AFFIDAVIT OF THOM SHIRAISHI |

DEFENDANT THOM SHIRAISHI'S MOTION FOR RECINDING
INTERLOCUTORY DECREE OF FORECLOSURE, CONFIRMATION HEARING
ON DEFENDANT'S PROPERTY SOLD JANUARY 9, 2007; MEMORANDUM IN
SUPPORT OF MOTION FOR RECINDING INTERLOCUTORY DECREE OF
FORECLOSURE, CONFIRMATION HEARING ON DEFENDANT'S
PROPERTY SOLD JANUARY 9, 2007

Defendant THOM SHIRAISHI appearing pro se, and hereby moves this Court for an Order Recinding Interlocutory Decree of Foreclosure and Confirmation Hearing on Defendant's property sold January 9, 2007.

This Motion is based on Defendant's Memorandum in Support of Motion for Recinding Interlocutory Decree of Foreclosure and Confirmation Hearing on Defendant's property sold January 9, 2007 and the Affidavit of Thom Shiraishi.

DATED: Honolulu, Hawaii, February 12, 2007.

                                    _____
                                    THOM SHIRAISHI PRO SE