THOM SHIRAISHI PRO SE
P.O. BOX 1063
Waianae, HI. 96792
Telephone: (808) 696-2874

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2007

at 10 o'clock and 05 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | DEFENDANT THOM SHIRAISHI'S |
| ) | MOTION FOR STAY ON PLAINT- |
| vs. ) | IFF'S MOTION FOR ORDER OF |
| ) | SALE TO APPROVE COMMISSION- |
| ) | ER'S REPORT, DISTRIBUTION OF |
| THOM SHIRAISHI;BARBARA ) | PROCEEDS, DISPOSAL OF PER- |
| SHIRAISHI; DEPT. OF BUDGET ) | SONAL PROPERTY, AND FOR WRIT |
| AND FISCAL SERVICES, REAL ) | OF POSSESSION; MEMORANDUM IN |
| PROPERTY TAX DIVISION, CITY ) | SUPPORT OF DEFENDANT'S MOTION |
| AND COUNTY OF HONOLULU, ) | FOR STAY ON PLAINTIFF'S MO- |
| ) | TION FOR ORDER OF SALE TO AP- |
| Defendants. ) | PROVE COMMISSIONER'S REPORT, |
| ) | DISTRIBUTION OF PROCEEDS, DIS- |
| _____ ) | POSAL OF PERSONAL PROPERTY, |
| | AND FOR WRIT OF POSSESSION; |
| | DECLARATION OF THOM SHIRAISHI; |
| | CERTIFICATE OF SERVICE |

DEFENDANT THOM SHIRAISHI'S MOTION FOR STAY ON
PLAINTIFF'S MOTION FOR ORDER OF SALE TO APPROVE COMMISSIONER's
REPORT, DISTRIBUTION OF PROCEEDS, DISPOSAL OF PERSONAL
PROPERTY, AND FOR WRIT OF POSSESSION

Defendant THOM SHIRAISHI appearing pro se, and hereby moves this Court for an Order of Stay on Plaintiff's Motion for Order of Sale to Approve Commissioner's Report, Distribution of Proceeds, Disposal of Personal Property, and for Writ of Possession.

This Motion is in support of Defendant's Motion for Rescinding Interlocutory Decree of Foreclosure, Confirmation Hearing on Defendant's Property sold on January 9, 2007, that was unauthorized by Plaintiff's regulations and this Court's erroneous Conclusion of Law from not considering all the facts and all applicable statutes.

That Defendant's Motion for rescinding Interlocutory Decree of Foreclosure and Confirmation Hearing on Defendant's property sold on January 9, 2007, be granted, and Plaintiff's Motion for Order of Sale to Approve Commissioner's Report, Distribution of Proceeds, Disposal of Personal Property, and for Writ of Possession be dismissed with prejudice.

Should Defendant's Motion be denied and the Plaintiff's Motion is granted, an appeal with a stay of execution will be filed as the Plaintiff and this Court has denied the Defendant of this USDA'S administrative appeals due process rights.

The taking of an appeal automatically ousts the trial court of further jurisdiction in the case, until the appeal is determined. While the appeal is pending, the trial court has no power to alter or vacate the judgment, nor to make any other order or decree affecting the rights of the parties with respect to the matters upon which the appeal is taken. 114 F.2d 267.

DATED: Honolulu, Hawaii March 20, 2007.

_____
THOM SHIRAISHI PRO SE