IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | ) | CIVIL NO. 04-00678 SPK KSC |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF THOM SHIRAISHI |
| vs. | ) | |
| THOM SHIRAISHI;BARBARA SHIRAISHI; DEPT. OF BUDGET AND FISCAL SERVICES, REAL PROPERTY TAS DIVISION, CITY AND COUNTY OF HONOLULU, | ) | |
| Defendants. | ) | |

## DECLARATION OF THOM SHIRAISHI

I, THOM SHIRAISHI, declare that:

1. I am the Defendant appearing pro se in the above entitled action. I have personal knowledge of the facts set out herein, and I am authorized to make this declaration.

2. On January 9, 2007, Plaintiff USA defied its own regulation that prohibited selling of Defendant's property while his appeal with the National Appeals Division was pending, denying the Defendant of his USDA'S administrative appeals due process rights, his U.S. Constitutional due process rights and violated his Civil Rights.

3. Plaintiff selling Defendant's property was also prohibited as the Plaintiff had not filed for an Order of Judicial Sale.

4. Defendant filed a Motion to rescind Interlocutory Decree of Foreclosure, Confirmation Hearing on Defendant's Property sold on January 9, 2007.

5. Based on the facts provided in Defendant's Memorandum, justifies that Defendant's Motion to rescind Interlocutory Decree of Foreclosure, Confirmation of Defendant's property sold on January 9, 2007, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2007, Honolulu, Hawaii.

*[signature]*
THOM SHIRAISHI PRO SE