| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
|---|---|---|---|---|
| VENDOR NAME: | THOM SHIRAISHI | | VENDOR I.D. NUMBER: | 610523445940 |
| AGENCY NAME AND BILLING ADDRESS: | USDA – FARMERS HOME ADM FINANCE OFFICE 1520 MARKET ST. LOUIS, MO. 63103 | U.S. TREASURY REG. FINANCIAL CENTER: | KANSAS CITY, KS | |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 3081-56066913 | $85,000.00 | 10-14-86 |

COUNTY SUPERVISOR-FMHA
P O BOX 50224
HONOLULU HI 96850

AGENCY SCHEDULE NUMBER: 0000001111
AGENCY TELEPHONE NUMBER:

STATE 61 COUNTY 02 LOAN NO 03

OCT 16 1986

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR TELEPHONE NUMBER) INDICATED ABOVE.

EXHIBIT "2"