NATIONAL APPEALS DIV
WESTERN REGION

## REQUEST FOR DIRECTOR REVIEW

2007 FEB 14  A 10: 57

(I)/We, (print name(s)) __Thom Shiraishi__ (am)/are the (Appellant)(s)/Agency head in the above-referenced appeal and (I)/we request a Director review of the appeal determination in this case.

The case number is: __2006W000913__

I/We received the Appeal Determination on __January 12, 2007__

The specific reasons why I/we believe the Appeal Determination is wrong are: (You may attach additional sheets and documents, if desired.)

1. Appellant Thom Shiraishi's Memorandum in Opposition to contents within the Background, Analysis and Conclusions

2. Appellant's Affidavit

3. Declaration of Steven R. Bazzell

A copy of this request and any attachments was mailed to the other parties on __February 9, 2007__

I swear that all statements in this filing are true to the best of my knowledge and belief.

__[signature]__                             __February 9, 2007__
Appellant(s)/Agency head signature(s)        Date

EXHIBIT "3"