CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was duly mailed postage prepaid to the following at their last known address

    EDRIC M. CHING
    Assistant U.S. Attorney
    Room 6-100
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96850-6100

Dated: Honolulu, Hawaii March 20, 2007.

                                             */s/ Thom Shiraishi*
                                          THOM SHIRAISHI PRO SE