R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI 96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail: geshlaw@lava.net

Attorney for Defendant
  Thom Shiraishi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THOM SHIRAISHI; BARBARA ) <br> SHIRAISHI; DEPT. OF BUDGET ) <br> AND FISCAL SERVICES, REAL ) <br> PROPERTY TAX DIVISION, CITY ) <br> AND COUNTY OF HONOLULU, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 04-00678 SPK KSC <br><br> TW: April 4, 2006 <br><br> MOTION OF R. STEVEN GESHELL TO WITHDRAWAL AS DEFENSE COUNSEL FOR DEFENDANT THOM SHIRAISHI; CERTIFICATE OF SERVICE |

shiraishi\wd rsg 031407

**MOTION OF R. STEVEN GESHELL TO WITHDRAW AS
DEFENSE COUNSEL FOR DEFENDANT THOM SHIRAISHI**

COMES NOW R. Steven Geshell and, pursuant to Local Rule 83.6, hereby

moves the Court for an order permitting him to withdraw as attorney for

Defendant Thom Shiraishi for the reasons set forth in the attached declaration of good cause.

Defendant Thom Shiraishi's address and telephone number are as follows: Address, P.O. Box 1063, Waianae, HI 96792; telephone number, 808.696.2874.

DATED: Honolulu, Hawaii, this 23 day of March, 2007.

/s/ R. Steven Geshell
R. STEVEN GESHELL
Withdrawing attorney for Defendant
Thom Shiraishi


CONSENT OF THOM SHIRAISHI
to the withdrawal of R. Steven Geshell


THOM SHIRAISHI
P.O. Box 1063
Waianae, HI 96792