IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | DECLARATION OF R. STEVEN |
| ) | GESHELL |
| vs. ) | |
| ) | TW:  April 4, 2006 |
| THOM SHIRAISHI; BARBARA ) | |
| SHIRAISHI; DEPT. OF BUDGET ) | |
| AND FISCAL SERVICES, REAL ) | |
| PROPERTY TAX DIVISION, CITY ) | |
| AND COUNTY OF HONOLULU, ) | |
| ) | |
| Defendants. ) | |

shiraishi\decl rsg wd 031607

## DECLARATION OF R. STEVEN GESHELL

    1.    I, R. STEVEN GESHELL, am the current attorney for Defendant Thom Shiraishi in the above-entitled case.  I make this declaration upon personal knowledge of the facts contained herein.

    2.    My client has made several motions in the trial court and styled them to be on behalf of himself as *pro se* counsel.

    3.    The Defendant has filed a Chapter 7 bankruptcy petition, and I am not sure at this time what the status of that case is, whether discharged has been filed in that case.

4. Defendant Shiraishi has an appeal pending in the Ninth Circuit Court of Appeals from earlier orders in this case, and I will continue representing him on that appeal.

5. Pursuant to L. R. 83.6, I have advised my client that if the motion to withdraw is granted, he will be proceeding *pro se* and, under that rule, will be responsible for complying with all the court orders and time limitations established by the applicable court rules.

6. Thom Shiraishi has already informed the Court of his address and telephone number on the pleadings that he has filed in the form of motions, listing his address at P.O. Box 1063, Waianae, HI 96792, and his telephone number as 808.696.2874.

7. Therefore, I request the Court grant my motion to withdraw as defense counsel in this case.

8. I declare under penalty of law that the foregoing is true and correct.

EXECUTED on this 26th day of March, 2007.

        /s/ R. Steven Geshell
        R. STEVEN GESHELL