IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THOM SHIRAISHI; BARBARA )<br>SHIRAISHI; DEPT. OF BUDGET )<br>AND FISCAL SERVICES, REAL )<br>PROPERTY TAX DIVISION, CITY )<br>AND COUNTY OF HONOLULU, )<br>)<br>Defendants. )<br>_____ ) | CIVIL NO. 04-00678 SPK KSC<br><br>CERTIFICATE OF SERVICE REGARDING MOTION OF R. STEVEN GESHELL TO WITHDRAW AS DEFENSE COUNSEL FOR DEFENDANT THOM SHIRAISHI; DECLARATION OF R. STEVEN GESHELL<br><br>TW:  April 4, 2006 |

shiraishi\cs wd rsg 031407

**CERTIFICATE OF SERVICE REGARDING
MOTION OF R. STEVEN GESHELL TO WITHDRAW AS
DEFENSE COUNSEL FOR DEFENDANT THOM SHIRAISHI;
DECLARATION OF R. STEVEN GESHELL**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the MOTION OF R. STEVEN GESHELL TO WITHDRAW AS DEFENSE COUNSEL FOR DEFENDANT THOM SHIRAISHI; DECLARATION OF R. STEVEN GESHELL, was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| Name | Email Address | Date |
|---|---|---|
| Harry Yee, Esq. | harry.yee@usdoj.gov | March 27, 2007 |
| Edric Ming-Kai Ching | edric.ching@usdoj.gov, | |
| | coleen.tasaka@usdoj.gov | March 27, 2007 |

Served by First Class Mail:

Thom Shiraishi
P. O. Box 1063
Waianae, HI 96792                                                                    March 27, 2007

Defendant


Eric N. Hill
1355 River Street, Ste. 203
Honolulu, HI 96817                                                                   March 27, 2007


Served by Hand Delivery:  None


DATED:  This 27th day of March, 2007.


       /s/  R. Steven Geshell
      R. STEVEN GESHELL
      Attorney for Defendant
       Thom Shiraishi