EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THOM SHIRAISHI; BARBARA SHIRAISHI; DEPT. OF BUDGET AND FISCAL SERVICES, REAL PROPERTY TAX DIVISION, CITY AND COUNTY OF HONOLULU,<br><br>　　　　　Defendants. | CIVIL NO. 04-00678 SPK KSC<br><br>PLAINTIFF UNITED STATES OF AMERICA'S STATEMENT OF NO OPPOSITION TO THE MOTION OF R. STEVEN GESHELL TO WITHDRAW AS DEFENSE COUNSEL FOR DEFENDANT THOM SHIRAISHI FILED MARCH 27, 2007; CERTIFICATE OF SERVICE |

PLAINTIFF UNITED STATES OF AMERICA'S STATEMENT
OF NO OPPOSITION TO THE MOTION OF R. STEVEN
GESHELL TO WITHDRAW AS DEFENSE COUNSEL FOR
DEFENDANT THOM SHIRAISHI FILED MARCH 27, 2007

　　　Comes now Plaintiff United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii and HARRY YEE, Assistant United States Attorney, and states that it has no opposition to the granting of the Motion of R. Steven Geshell to Withdraw as

Defense Counsel for Defendant Thom Shiraishi filed March 27, 2007.

       DATED:  Honolulu, Hawaii, March 27, 2007.

                              EDWARD H. KUBO, JR.  
                              United States Attorney  
                              District of Hawaii

                                  /s/ Harry Yee  
                            By _____  
                                 HARRY YEE  
                                 Assistant U.S. Attorney

                              Attorneys for Plaintiff  
                              UNITED STATES OF AMERICA