IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| THOM SHIRAISHI; BARBARA SHIRAISHI; DEPT. OF BUDGET AND FISCAL SERVICES, REAL PROPERTY TAX DIVISION, CITY AND COUNTY OF HONOLULU, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address:

Served electronically through CM/ECF:

R. STEVEN GESHELL            geshlaw@lava.net

Served by First Class Mail:

THOM SHIRAISHI
P.O. Box 1063
Waianae, HI 96792

DATED: Honolulu, Hawaii, March 27, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

          /s/ Harry Yee
By _____
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA