IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK-KSC |
| | ) | |
| Plaintiff, | ) | DECLARATION OF HARRY YEE |
| | ) | |
| vs. | ) | |
| | ) | |
| THOM SHIRAISHI; BARBARA SHIRAISHI; DEPT. OF BUDGET AND FISCAL SERVICES, REAL PROPERTY TAX DIVISION, CITY AND COUNTY OF HONOLULU, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF HARRY YEE

I, HARRY YEE, declare that:

1. I am an Assistant United States Attorney for the District of Hawaii and the attorney assigned to the above case.

2. Exhibit "A" is a true and correct copy of Order Lifting Automatic Stay in Bk No. 06-0636 dated December 4, 2006.

3. Exhibit "B" is a true and correct copy of Final Decree in Bk No. 06-0636 dated January 23, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2007, at Honolulu, Hawaii.

/s/ Harry Yee

_____
HARRY YEE