# EXHIBIT "A"

Case 1:04-cv-00678-SPK-KSC    Document 98-3    Filed 04/06/2007    Page 1 of 3

EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney

EDRIC M. CHING   6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: edric.ching@usdoj.gov

Attorneys for UNITED STATES
  OF AMERICA

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re:<br><br>THOM SHIRAISHI<br><br>      Debtor, | Case No. 06-00636<br>(Chapter 7)<br><br>ORDER GRANTING UNITED STATES<br>OF AMERICA'S MOTION FOR RELIEF<br>OF STAY<br><br>Date: November 15, 2006<br>Time: 1:30 p.m.<br>Judge: Robert J. Faris |

ORDER GRANTING UNITED STATES OF
AMERICA'S MOTION FOR RELIEF OF STAY

The United States of America's ("Movant") Motion for Relief of Stay came on for hearing on November 15, 2006, at 1:30 p.m. before the Honorable Robert J. Faris.

Based upon the pleadings in this case, the Opposition filed by Debtor Thom Shiraishi, Movant's Reply Memorandum to Debtor Thom Shiraishi's Opposition, and for good cause therefor,


EXHIBIT A

IT IS HEREBY ORDERED that the stay provided under 11 U.S.C. § 362 is terminated to permit Movant, with respect to its loan secured by the real property commonly known as 86-479 Paheehee Road, Waianae, Hawaii, to exercise its foreclosure and other rights relating to the Property. However, no deficiency judgment shall be entered against Debtor, without further court approval. /R/T/

DATED: Honolulu, Hawaii, _____DEC 0 4 2006_____.

_____
U.S. BANKRUPTCY JUDGE

APPROVED AS TO FORM AND CONTENT:

_____
THOM SHIRAISHI
Debtor

In Re: Thom Shiraishi
Bk. No. 06-00636
"Order Granting United States of America's Motion for Relief of Stay"

2