# EXHIBIT "B"

**Zamora, Teri (USAHI)**

| | |
|---|---|
| **From:** | BKECF_LiveDB@hib.uscourts.gov |
| **Sent:** | Tuesday, January 23, 2007 9:09 AM |
| **To:** | cmecf@hib.uscourts.gov |
| **Subject:** | 06-00636 Final Decree |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. Bankruptcy Court

### District of Hawaii

Notice of Electronic Filing

The following transaction was received from LL, entered on 1/23/2007 at 9:08 AM HST and filed on 1/23/2007

| | |
|---|---|
| **Case Name:** | Thom Shiraishi |
| **Case Number:** | 06-00636 |
| **WARNING: CASE CLOSED on 01/23/2007** | |
| **Document Number:** | 42 |

**Docket Text:**
Final Decree. It appearing that the estate of the above-named debtor(s) has been fully administered, or that the case otherwise may be closed, the trustee appointed in this case is discharged as the trustee of this estate, the trustee's bond is cancelled, and this case is closed.
SO ORDERED. /s/ Robert J. Faris, U.S. Bankruptcy Judge.
*The official order in this matter is set forth in the Notice of Electronic Filing created by this entry. No document is attached.*

(LL, )

The following document(s) are associated with this transaction:

**06-00636 Notice will be electronically mailed to:**

Edric M. Ching    edric.ching@usdoj.gov,
teri.zamora@usdoj.gov;coleen.tasaka@usdoj.gov;lisa.yoshimura@usdoj.gov

James B. Nicholson    jimtrustee@aol.com, HI06@ecfcbis.com

Office of the U.S. Trustee    ustpregion15.hi.ecf@usdoj.gov

Harry Yee    Harry.Yee@usdoj.gov, Jan.Yoneda@usdoj.gov

**06-00636 Notice will not be electronically mailed to:**

Thom Shiraishi


EXHIBIT **B**

1/23/2007