# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/9/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV04-00678SPK-KSC

CASE NAME: United States of America v. Thom Shiraishi, et al.

ATTYS FOR PLA: Harry Yee

ATTYS FOR DEFT: R. Steven Geshell
Defendant Thom Shiraishi

INTERPRETER:

---

JUDGE: Kevin S. C. Chang          REPORTER: FTR C5

DATE: 4/9/2007                    TIME: 9:27-9:38:09am

---

COURT ACTION:  EP:  Motion of R. Steven Geshell to Withdrawal as Defense Counsel for Defendant Thom Shiraishi [95].

There being no opposition by plaintiff, Motion granted.  Defendant Shiraishi consents and will proceed Pro Se.  Mr. Geshell to submit the Order.

Submitted by: Shari Afuso, Courtroom Manager