R. STEVEN GESHELL, 3349
6600 Kalanianaole Hwy., Ste. 116
Honolulu, HI  96825
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail:  geshlaw@lava.net

Attorney for Defendant
 Thom Shiraishi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION OF |
| ) | R. STEVEN GESHELL TO |
| vs. ) | WITHDRAW AS DEFENSE |
| ) | COUNSEL FOR DEFENDANT |
| THOM SHIRAISHI; BARBARA ) | THOM SHIRAISHI |
| SHIRAISHI; DEPT. OF BUDGET ) | |
| AND FISCAL SERVICES, REAL ) | TW:  April 4, 2006 |
| PROPERTY TAX DIVISION, CITY ) | |
| AND COUNTY OF HONOLULU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

shiraishi\ord wd 040907

**ORDER GRANTING MOTION OF R. STEVEN GESHELL
TO WITHDRAW AS DEFENSE COUNSEL FOR
DEFENDANT THOM SHIRAISHI**

This matter came on before The Honorable Kevin S. C. Chang, Magistrate

Judge of the above-entitled court, upon the motion of R. Steven Geshell to

withdraw as defense counsel for Defendant Thom Shiraishi. The Plaintiff was represented by Harry Yee, and the Plaintiff filed a statement of no opposition to the motion on March 27, 2007. Defendant Thom Shiraishi was present in court, as was his counsel, R. Steven Geshell, on the motion. Discussion was had, and the Court, being fully advised in the premises, hereby GRANTS said motion and advised the Defendant Thom Shiraishi that he is proceeding henceforth *pro se* and will be held to comply with the court rules.

    IT IS SO ORDERED AND ADJUDGED.

    DATED: Honolulu, Hawaii, April 12, 2007.



                                        Kevin S.C. Chang
                                        United States Magistrate Judge

APPROVED AS TO FORM:

 /s/ Edric M. Ching
EDRIC M. CHING
Attorney for Plaintiff
 United States of America

---

*USA vs. SHIRAISHI, et al*
Civil No. 04-00678 SPK KSC
ORDER GRANTING MOTION OF R. STEVEN GESHELL TO WITHDRAW AS DEFENSE COUNSEL FOR DEFENDANT THOM SHIRAISHI