

# U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

PJKK Federal Building　　　　　　　(808) 541-2850
300 Ala Moana Blvd., Room 6-100　　FAX (808) 541-2958
Honolulu, Hawaii 96850

December 1, 2006

The Honorable Robert J. Faris
United States Bankruptcy Judge
1132 Bishop St., Suite 250L
Honolulu, HI 96813

　　　　Re:　Bk. No. 06-00636

Dear Judge Faris:

　　　　Please find enclosed the following proposed orders for your review and execution:

1. Order Granting Debtor Thom Shiraishi's Motion for Relief from Automatic Stay Re: Appeal to National Appeals Division (NAD); and

2. Order Granting United States of America's Motion for Relief of Stay.

　　　　Please note that these documents were submitted to Mr. Shiraishi via first class mail on November 20, 2006, and he has not responded to our submission. A copy of the letter/transmittal is enclosed for your convenience. Therefore, we request that you approve and execute the enclosed orders.

　　　　Thank you for your attention to this matter.

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　EDWARD H. KUBO, JR
　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　District of Hawaii

　　　　　　　　　　　　　　　EDRIC M. CHING
　　　　　　　　　　　　　　　Assistant U.S. Attorney

:tlz
Enclosures
cc:　Thom Shiraishi

EXHIBIT
"B"