CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was duly mailed, first class postage prepaid to the following at their last known address.

>HARRY YEE
>Assistant U.S. Attorney
>Room 6-100
>300 Ala Moana Blvd.
>Honolulu, Hawaii 96850-6100

DATED: Honolulu, Hawaii April 12, 2007.

>_____
>THOM SHIRAISHI PRO SE