# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/25/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV NO. 04-00678SPK-KSC

CASE NAME:        United States of America Vs. Thom Shiraishi, et al.

ATTYS FOR PLA:    Harry Yee

ATTYS FOR DEFT:   Thom Shiraishi-Pro Se

INTERPRETER:

JUDGE:   Samuel P. King         REPORTER:  Debra Chun

DATE:    04/25/2007             TIME:      10:03am-l0:37am

COURT ACTION:  EP: Various Motions-

Motion for Order of Sale to approve Commissioner's Report, Distribution of Proceeds, Disposal of Personal Property and for Writ of Possession-Oral Argument Held.  This Motion is hereby Granted.

Motion for Recinding Interlocutory Decree of Foreclosure, Confirmation Hearing on Defendant's Property sold January 9, 2007-Oral Argument Held.  This Motion is hereby Denied.

Defendant Thom Shiraishi's Motion for Stay on Plaintiff's Motion for Order of Sale to Approve Commissioner's Report, Distribution of Proceeds, Disposal of Personal Property-Oral Argument Held.  This Motion is hereby Denied.

Court will issue a written Order.

Submitted by Leslie L. Sai, Courtroom Manager