EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00678 SPK-KSC |
| | ) | |
| Plaintiff, | ) | WRIT OF POSSESSION; EXHIBIT |
| | ) | "A" |
| vs. | ) | |
| | ) | |
| THOM SHIRAISHI; BARBARA SHIRAISHI; DEPT. OF BUDGET AND FISCAL SERVICES, REAL PROPERTY TAX DIVISION, CITY AND COUNTY OF HONOLULU, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

WRIT OF POSSESSION

THE STATE OF HAWAII

TO THE U.S. MARSHAL, OR HIS DEPUTY OR ANY OTHER LAW ENFORCEMENT OFFICER:

WHEREAS, by Order filed herein, Rysard Wolf is entitled to a Writ of Possession against Defendant Thom Shiraishi, or any other occupant, for the possession of the premises located at 86-

479 Paheehee Road, Waianae, Hawaii, TMK: (1)8-6-024-004-000, more fully described in Exhibit "A" attached.

      NOW THEREFORE, YOU ARE HEREBY COMMANDED, AUTHORIZED AND DIRECTED to enforce this writ by entering the property, and any and all structures and vehicles located thereon, by evicting Defendant Thom Shiraishi, all persons holding under or through Defendant Thom Shiraishi, any other occupant, and all other unauthorized persons, including their personal belongings and properties, from all locations on this property, including but not limited to the structures, vehicles, and grounds, and by using force as necessary to accomplish this mission;

      To relinquish possession and custody of the properties, and any personal property found thereon to Rysard Wolf when you conclude that all unauthorized persons have vacated, or been evicted from, the property;

      To serve a copy of this Writ upon Defendant in possession in the same manner as is provided for in the service of summons;

//
//
//
//
//

      To make a return of this Order on or before ten (10) days from the date of execution of this Writ and therein state fully what you have done hereunder.

      DATED: May 11, 2007.



                                      _____
                                      Samuel P. King
                                      Senior United States District Judge

<u>USA v. Shiraishi, et al</u>.
Civil No. 04-00678 SPK-KSC
WRIT OF POSSESSION; EXHIBIT "A"

LIBER 13026 PG 135

EXHIBIT "A"

ALL of that certain parcel of land situated on the Easterly side of Paheehee Road, at Lualualei, Waianae, Oahu, Hawaii, being a portion of Grant 9291 to Miguel L. Guerrero (being also a portion of Lot 166 of Lualualei Homesteads), and being more particularly described as follows:

Beginning at the Northwest corner of this parcel of land on the Easterly side of Pahechee Road, being also the Southwest corner of Lot 11 of Puhawai Farm Lots, File Plan 883, the coordinates of which referred to Government Survey Triangulation Station "PAHEEHEE-UKA" being 922.94 feet North and 1,259.65 feet East and running by azimuths measured clockwise from true South:

1. 258° 35'  1,032.85 feet along Lots 11, 10, 9, 14 and 15 of Puhawai Farm Lots, File Plan 883;

2. 348° 35'  400.00 feet along remainder of Grant 9291 to Miguel L. Guerrero;

3. 78° 35'  403.85 feet along Grant 7823 to G. W. Pinchaka;

4. 168° 35'  380.00 feet along remainder of Grant 9291 to Miguel L. Guerrero;

5. 78° 35'  641.25 feet along remainder of Grant 9291 to Miguel L. Guerrero;

6. 200° 04'  23.45 feet along the Easterly side of Pahcehee Road to the point of beginning and containing an area of 4.000 acres.

Being all of the land conveyed to the Grantor herein by Deed dated _November 9_, 1977, and recorded in said Bureau of Conveyances in Liber _12761_, Page _785_.

EXCEPTING AND RESERVING unto the Grantors the right to designate, use and enjoy and grant to Hawaiian Electric Company and Hawaiian Telephone Company such rights of way and easements as the Grantors may from time to time determine for transmission facilities and appurtenances for electricity and telephone services over, across, under and through the premises hereinabove granted, together with the right to enter upon said premises to construct, reconstruct, install, operate, maintain, repair and replace such lines, facilities and appurtenances, these reserved rights to be exercised in a manner that will cause the least practicable interference with the Grantee's use and occupancy of the premises.