THOM SHIRAISHI PRO SE
P.O. Box 1063
Waianae, HI. 96792
Telephone: (808) 696-2874

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CIVIL NO. 04-00678 SPK KSC |
| ) | |
| Plaintiff, ) | DEFENDANT THOM SHIRAISHI'S |
| ) | MOTION FOR STAY OF EXECUTION |
| vs. ) | OF ORDER APPROVING REPORT OF |
| ) | COMMISSIONER, CONFIRMING |
| THOM SHIRAISHI; BARBARA ) | SALE, DIRECTING DISTRIBUTION |
| SHIRAISHI; DEPT. OF BUDGET ) | OF PROCEEDS, FOR WRIT OF |
| AND FISCAL SERVICES, REAL ) | POSSESSION, AND FOR DISPOSAL |
| PROPERTY TAX DIVISION, CITY ) | OF PERSONAL PROPERTY; DEFEN- |
| AND COUNTY OF HONOLULU, ) | DANT'S MEMORANDUM IN SUPPORT |
| ) | OF MOTION FOR STAY OF EXECU- |
| Defendants. ) | TION; CERTIFICATE OF SERVICE |
| ) | |
| ) | |

DEFENDANT THOM SHIRAISHI'S MOTION
FOR STAY OF EXECUTION OF ORDER APPROVING REPORT OF
COMMISSIONER, CONFIRMING SALE, DIRECTING DISTRIBUTION OF
PROCEEDS, FOR WRIT OF POSSESSION AND FOR
DISPOSAL OF PERSONAL PROPERTY

Pursuant to Rule 8, Federal Rules of Civil Procedure, Defendant Thom Shiraishi appearing Pro Se, and hereby moves this Court for an Order granting his Motion for Stay of Execution of Order Approving Report of Commissioner, Confirming Sale, Directing Distribution of Proceeds, For Writ of Possession, and for Disposal of Personal Property.

This Motion for Stay of Execution is supported by Defendant's Memorandum in support of Order for Stay of Execution.

It must be granted to allow partial justice to be restored to the Defendant by respecting, honoring and allowing Defendant's pending appeal with USDA'S National Appeal Division (NAD) to be concluded as well as Defendant's appeal with the 9th Circuit Court of Appeals to be concluded on Judge King's Interlocutory Decree of Foreclosure.

It must be granted to protect the Defendant's U.S. Constitution Amend. 4 and Amend. 5 due process rights as well as Defendant's Civil Rights pending before the USDA'S National Appeals Division (NAD)

For this Court to deny Defendant to exhaust his appeal rights and allow Defendant's property to be sold, is akin to executing the inmate before his appeal is heard.

There is no prejudice to the Plaintiff that has continuously defied government's own regulations, but will prejudice the Defendant being denied his appeal rights and have his property sold without due process.

DATED: Honolulu, Hawaii May _15_, 2007.

*[signature]*
THOM SHIRAISHI PRO SE