CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was duly mailed, first class postage prepaid to the following at their last known address.

    HARRY YEE
    Assistant U.S. Attorney
    Room 6-100
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96850-6100

DATED: Honolulu, Hawaii May 15, 2007.

                                    THOM SHIRAISHI PRO SE