IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIV. NO. 04-00678 SPK/KSC |
| Plaintiff, | ) |
| v. | ) |
| THOM SHIRAISHI; et al., | ) |
| Defendants. | ) |

ORDER DENYING DEFENDANT'S MOTION FOR STAY OF EXECUTION

For the reasons stated in previous orders, the Court DENIES Defendant's Motion for Stay of Execution of Order Approving Report of Commissioner, Confirming Sale etc., (filed on May 15, 2007) [Docket Entry 105].

IT IS SO ORDERED.

Dated: May 18, 2007.



_____
Samuel P. King
Senior United States District Judge