**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 27 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-16497 |
| Plaintiff - Appellee, | D.C. No. CV-04-00678-SPK |
| v. | District of Hawaii, Honolulu |
| THOM SHIRAISHI, | ORDER |
| Defendant - Appellant, | |
| and | |
| BARBARA SHIRAISHI, | |
| Defendant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 13 2007

at 2 o'clock and 15 min. P M.
SUE BEITIA, CLERK

Before: SCHROEDER, Chief Judge, KLEINFELD and M. SMITH, Circuit Judges.

We have reviewed the response to the court's May 24, 2007 order to show cause, and we conclude that this appeal is moot. *See Dunlavey v. Arizona Title Ins. & Trust Co.*, 708 F.2d 1449, 1454-55 (9th Cir. 1983) (holding that appeal was moot where subject property was sold after appellant failed to obtain a stay pending appeal, and that such mootness does not warrant vacatur of underlying district court order). Therefore, this appeal is dismissed.

**DISMISSED.**

MOATT



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 11 2007

by
Deputy Clerk