MOATT

```
INTERNAL USE ONLY: Proceedings include all events.
06-16497 USA v. Shiraishi, et al
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Harry Yee<br>FAX 808/541-3808<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC usa]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| THOM SHIRAISHI<br>    Defendant - Appellant | R. Steven Geshell, Esq.<br>808/396-7701<br>Suite 116<br>[COR LD NTC ret]<br>6600 Kalanianaole Hwy.<br>Honolulu, HI 96825 |
| BARBARA SHIRAISHI<br>    Defendant | No appearance<br>No appearance |