UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>V.<br><br>THOM SHIRAISHI,<br><br>  Defendant - Appellant,<br><br>And<br><br>BARBARA SHIRAISHI,<br><br>  Defendant. | No. 06-16497<br>D.C. No. CV-04-00678-SPK<br><br>**JUDGMENT**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>SEP 13 2007<br>at 2 o'clock and 15 min. P M.<br>SUE BEITIA, CLERK |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED.**

Filed and entered 08/27/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 11 2007

by
Deputy Clerk